# EXHIBIT 1

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2017-09-07 10:10:15 EDT |
| **Mark:** | CALICO |

# CALICO

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77459135 | **Application Filing Date:** | Apr. 28, 2008 |
| **US Registration Number:** | 3680863 | **Registration Date:** | Sep. 08, 2009 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | A Section 8 declaration has been accepted. | | |
| **Status Date:** | May 16, 2016 | | |
| **Publication Date:** | Mar. 10, 2009 | **Notice of Allowance Date:** | Jun. 02, 2009 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CALICO |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |

## Foreign Information

| | | | |
|---|---|---|---|
| **Foreign Registration Number:** | 1005184 | **Foreign Registration Date:** | Jun. 07, 2004 |
| **Foreign Application/Registration Country:** | AUSTRALIA | **Foreign Expiration Date:** | Jun. 07, 2014 |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Education services, namely, providing conducting seminars, classes and workshops in the field of health and fitness; training in the use of computers and health related equipment; providing online information via the Internet in the field of fitness; providing online publications, namely, magazines in the field of health and fitness; [ entertainment services, namely, providing prerecorded, non-downloadable digital music via the Internet; ] health club services, namely, providing instruction and equipment in the field of physical exercise; physical fitness consultation | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) 44(e) | | |
| **First Use:** | May 17, 2004 | **Use in Commerce:** | May 17, 2004 |
| **For:** | [ Medical services, namely, beauty salons; Performing diagnosis of diseases, namely, medical analysis using X-ray examinations and taking blood samples; ] pharmaceutical advice; Counseling services in the field of health and nutrition; and, Providing an on-line computer database featuring information regarding health | | |
| **International Class(es):** | 044 - Primary Class | **U.S Class(es):** | 100, 101 |

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) 44(e) |
| **First Use:** May 17, 2004 | **Use in Commerce:** May 17, 2004 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** Yes |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** Yes | **Currently 44E:** Yes | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | CALICO GLOBAL PTY LTD. |
| **Owner Address:** | 272 STIRLING HIGHWAY<br>CLAREMONT WA 6010<br>AUSTRALIA |
| **Legal Entity Type:** LIMITED COMPANY | **State or Country Where Organized:** AUSTRALIA |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** Stacey R. Halpern | **Docket Number:** HOPG6.001TUS |
| **Attorney Primary Email Address:** efiling@knobbe.com | **Attorney Email Authorized:** Yes |

### Correspondent

**Correspondent Name/Address:** Stacey R. Halpern
Knobbe Martens Olson & Bear, LLP
2040 Main Street
14th Floor
Irvine, CALIFORNIA 92614
UNITED STATES

| | |
|---|---|
| **Phone:** 949-760-0404 | **Fax:** 949-760-9502 |
| **Correspondent e-mail:** efiling@knobbe.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative

| | |
|---|---|
| **Domestic Representative Name:** Stacey R. Halpern | **Phone:** 949-760-0404 |
| **Fax:** 949-760-9502 | |
| **Domestic Representative e-mail:** efiling@knobbe.com | **Domestic Representative e-mail Authorized:** Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 19, 2016 | POST REGISTRATION ACTION MAILED - SEC. 15 | 77315 |
| May 16, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| May 16, 2016 | POST REGISTRATION ACTION MAILED - SEC. 15 | 77315 |
| May 16, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | 77315 |
| May 13, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Jul. 06, 2015 | COUNTERCLAIM OPP. NO. 999999 | 220004 |
| Dec. 17, 2014 | AMENDMENT UNDER SECTION 7 - ISSUED | 77315 |
| Dec. 11, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |

| Date | Event | Code |
|---|---|---|
| Nov. 20, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 20, 2014 | TEAS SECTION 7 REQUEST RECEIVED | |
| Jun. 11, 2014 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jun. 04, 2014 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| May 27, 2014 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 27, 2014 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 08, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 04, 2009 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 77075 |
| Jul. 29, 2009 | ASSIGNED TO LIE | 77075 |
| Jul. 29, 2009 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 16, 2009 | STATEMENT OF USE PROCESSING COMPLETE | 76874 |
| Jun. 22, 2009 | USE AMENDMENT FILED | 76874 |
| Jul. 16, 2009 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76874 |
| Jun. 22, 2009 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 02, 2009 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 10, 2009 | PUBLISHED FOR OPPOSITION | |
| Feb. 18, 2009 | NOTICE OF PUBLICATION | |
| Feb. 05, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76985 |
| Feb. 05, 2009 | ASSIGNED TO LIE | 76985 |
| Feb. 04, 2009 | ASSIGNED TO LIE | 65581 |
| Feb. 04, 2009 | ASSIGNED TO LIE | 76985 |
| Feb. 04, 2009 | ASSIGNED TO LIE | 65581 |
| Jan. 29, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 15, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | 76985 |
| Jan. 15, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76985 |
| Jan. 14, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 14, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | 76985 |
| Jan. 14, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76985 |
| Jan. 12, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 12, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 12, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 12, 2009 | NON-FINAL ACTION WRITTEN | 83257 |
| Dec. 31, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 76985 |
| Dec. 31, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76985 |
| Dec. 31, 2008 | ASSIGNED TO LIE | 76985 |
| Dec. 27, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 25, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 25, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 25, 2008 | NON-FINAL ACTION WRITTEN | 83257 |
| Nov. 04, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 76984 |
| Nov. 04, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76984 |
| Oct. 30, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 12, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 12, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 12, 2008 | NON-FINAL ACTION WRITTEN | 83257 |
| Aug. 22, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 76984 |
| Aug. 22, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76984 |
| Aug. 22, 2008 | ASSIGNED TO LIE | 76984 |
| Aug. 15, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 14, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 14, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 14, 2008 | NON-FINAL ACTION WRITTEN | 83257 |
| Aug. 12, 2008 | ASSIGNED TO EXAMINER | 83257 |
| May 01, 2008 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Change in Registration:** | Yes |
| **Amendment to a Registration/Renewal Certificate:** | The drawing is amended to appear as follows: CALICO |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 102 | **Date in Location:** | May 19, 2016 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 2 | **Registrant:** | Owens, Kevin |

### Assignment 1 of 2

| | |
|---|---|
| **Conveyance:** | NUNC PRO TUNC ASSIGNMENT EFFECTIVE 07/19/2011 |
| **Reel/Frame:** | 5290/0720 |
| **Pages:** | 12 |
| **Date Recorded:** | May 29, 2014 |
| **Supporting Documents:** | assignment-tm-5290-0720.pdf |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | OWENS, KEVIN | **Execution Date:** | May 20, 2014 |
| **Legal Entity Type:** | INDIVIDUAL | **Citizenship:** | AUSTRALIA |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | CALICO PTY LTD. | | |
| **Legal Entity Type:** | LIMITED COMPANY | **State or Country Where Organized:** | AUSTRALIA |
| **Address:** | 16 FAIRVIEW STREET COOGEE WA 6166, AUSTRALIA | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | STACEY R. HALPERN |
| **Correspondent Address:** | 2040 MAIN STREET, FOURTEENTH FLOOR IRVINE, CA 92614 |

**Domestic Representative**

| | |
|---|---|
| **Domestic Representative Name:** | STACEY R. HALPER |
| **Domestic Representative Address:** | 2040 MAIN STREET, 14TH FLOOR IRVINE, CA 92614 |

### Assignment 2 of 2

| | |
|---|---|
| **Conveyance:** | NUNC PRO TUNC ASSIGNMENT EFFECTIVE 07/19/2011 |
| **Reel/Frame:** | 5294/0521 |
| **Pages:** | 12 |
| **Date Recorded:** | Jun. 03, 2014 |
| **Supporting Documents:** | assignment-tm-5294-0521.pdf |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | CALICO PTY LTD. | **Execution Date:** | May 20, 2014 |
| **Legal Entity Type:** | LIMITED COMPANY | **State or Country Where Organized:** | AUSTRALIA |

**Assignee**

| | |
|---|---|
| **Name:** | CALICO GLOBAL PTY LTD. |
| **Legal Entity Type:** | LIMITED COMPANY |
| **State or Country Where Organized:** | AUSTRALIA |
| **Address:** | 272 STIRLING HIGHWAY CLAREMONT WA 6010, AUSTRALIA |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | STACEY R. HALPERN |
| **Correspondent Address:** | 2040 MAIN STREET, 14TH FLOOR IRVINE, CA 92614 |

### Domestic Representative

| | |
|---|---|
| **Domestic Representative Name:** | STACEY R. HALPERN |
| **Domestic Representative Address:** | 2040 MAIN STREET, 14TH FLOOR IRVINE, CA 92614 |

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 3 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91226875 | **Filing Date:** | Mar 14, 2016 |
| **Status:** | Pending | **Status Date:** | Mar 14, 2016 |
| **Interlocutory Attorney:** | ANDREW P BAXLEY | | |

#### Defendant

| | |
|---|---|
| **Name:** | Calico LLC |
| **Correspondent Address:** | CONNIE L ELLERBACH FENWICK & WEST LLP SILICON VALLEY CENTER 801 CALIFORNIA STREET MOUNTAIN VIEW CA , 94041 UNITED STATES |
| **Correspondent e-mail:** | trademarks@fenwick.com , cellerbach@fenwick.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CALICO | Opposition Pending | 86220187 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Calico Global Pty Ltd. |
| **Correspondent Address:** | STACEY R HALPERN KNOBBE MARTENS OLSON & BEAR LLP 2040 MAIN STREET 14TH FLOOR IRVINE CA , 92614 UNITED STATES |
| **Correspondent e-mail:** | efiling@knobbe.com , stacey.halpern@knobbe.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CALICO | Section 8 - Accepted | 77459135 | 3680863 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 14, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 14, 2016 | Apr 23, 2016 |
| 3 | PENDING, INSTITUTED | Mar 14, 2016 | |

| | | |
|---|---|---|
| 4 | P MOT FOR EXT W/ CONSENT | Mar 24, 2016 |
| 5 | EXTENSION OF TIME GRANTED | Mar 24, 2016 |
| 6 | P MOT TO CONSOLIDATE | Apr 20, 2016 |
| 7 | CONSOLIDATED - CHILD OF 91225789; ANSWER DUE 6/3/2016 | May 04, 2016 |
| 8 | D APPEARANCE / POWER OF ATTORNEY | May 26, 2016 |
| 9 | ANSWER | May 26, 2016 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91225789 | **Filing Date:** | Jan 11, 2016 |
| **Status:** | Pending | **Status Date:** | Jan 11, 2016 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

#### Defendant

| | |
|---|---|
| **Name:** | Calico LLC |
| **Correspondent Address:** | CONNIE L ELLERBACH<br>FENWICK & WEST LLP<br>SILICON VALLEY CENTER 801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA , 94041<br>UNITED STATES |
| **Correspondent e-mail:** | trademarks@fenwick.com , cellerbach@fenwick.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CALICO | Opposition Pending | 86530804 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Calico Global Pty Ltd. |
| **Correspondent Address:** | STACEY R HALPERN<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 MAIN STREET 14TH FLOOR<br>IRVINE CA , 92614<br>UNITED STATES |
| **Correspondent e-mail:** | efiling@knobbe.com , stacey.halpern@knobbe.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CALICO | Section 8 - Accepted | 77459135 | 3680863 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 11, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 11, 2016 | Feb 20, 2016 |
| 3 | PENDING, INSTITUTED | Jan 11, 2016 | |
| 4 | D APPEARANCE / POWER OF ATTORNEY | Feb 19, 2016 | |
| 5 | ANSWER | Feb 19, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | Apr 07, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | Apr 14, 2016 | |
| 8 | P MOT TO CONSOLIDATE | Apr 20, 2016 | |
| 9 | CONSOLIDATED - PARENT OF 91226875 | May 04, 2016 | |
| 10 | D APPEARANCE / POWER OF ATTORNEY | Nov 30, 2016 | |
| 11 | P MOT TO SUSP PEND DISP CIV ACTION | Dec 14, 2016 | |
| 12 | SUSP PEND BANKRUPTCY | Jan 13, 2017 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91220004 | **Filing Date:** | Dec 18, 2014 |
| **Status:** | Pending | **Status Date:** | Jan 05, 2015 |
| **Interlocutory Attorney:** | WENDY COHEN | | |

| | Defendant | | |
|---|---|---|---|
| **Name:** | Fluential, LLC | | |
| **Correspondent Address:** | MICHAEL J MCCUE<br>LEWIS ROCA ROTHGERBER LLP<br>3993 HOWARD HUGHES PKWY STE 600<br>LAS VEGAS NV , 89169-5996<br>UNITED STATES | | |
| **Correspondent e-mail:** | Trademarks-LasVegas@LRRC.com , MMcCue@LRRC.com , MZhong@LRRC.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CALIO | Opposition Pending | 86189475 | |

| | Plaintiff(s) | | |
|---|---|---|---|
| **Name:** | Calico Global Pty Ltd. | | |
| **Correspondent Address:** | STACEY R HALPERN<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 MAIN ST 14TH FL<br>IRVINE CA , 92614<br>UNITED STATES | | |
| **Correspondent e-mail:** | efiling@knobbe.com , stacey.halpern@knobbe.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CALICO | Section 8 - Accepted | 77459135 | 3680863 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 18, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 05, 2015 | Feb 14, 2015 |
| 3 | PENDING, INSTITUTED | Jan 05, 2015 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 13, 2015 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 13, 2015 | |
| 6 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Apr 01, 2015 | |
| 7 | SUSPENDED | Apr 01, 2015 | |
| 8 | ANSWER AND COUNTERCLAIM ( FEE) | Jun 15, 2015 | |
| 9 | TRIAL DATES RESET | Jul 06, 2015 | |
| 10 | P MOT FOR EXT W/ CONSENT | Aug 05, 2015 | |
| 11 | EXTENSION OF TIME GRANTED | Aug 05, 2015 | |
| 12 | P MOT TO DISMISS COUNTERCLAIM: FRCP 12(B) | Sep 04, 2015 | |
| 13 | SUSP PEND DISP OF OUTSTNDNG MOT | Sep 09, 2015 | |
| 14 | D MOT FOR EXT W/ CONSENT | Sep 24, 2015 | |
| 15 | EXTENSION OF TIME GRANTED | Sep 25, 2015 | |
| 16 | D OPP/RESP TO MOTION | Oct 26, 2015 | |
| 17 | PROCEEDINGS RESUMED | Nov 25, 2015 | |
| 18 | MOT TO AMEND ANS OR COUNTERCLAIM/AMENDED ANS OR COUNTERCLAIM | Dec 21, 2015 | |
| 19 | P MOT FOR EXT W/ CONSENT | Jan 18, 2016 | |
| 20 | EXTENSION OF TIME GRANTED | Jan 21, 2016 | |
| 21 | ANSWER TO COUNTERCLAIM | Feb 19, 2016 | |
| 22 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Apr 27, 2016 | |
| 23 | SUSPENDED | Apr 27, 2016 | |
| 24 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Aug 31, 2016 | |
| 25 | SUSPENDED | Aug 31, 2016 | |
| 26 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Oct 11, 2016 | |
| 27 | SUSPENDED | Oct 11, 2016 | |
| 28 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Oct 25, 2016 | |
| 29 | SUSPENDED | Oct 25, 2016 | |
| 30 | P MOT TO SUSP PEND DISP CIV ACTION | Dec 14, 2016 | |

| 31 | SUSP PEND BANKRUPTCY | Jan 27, 2017 |