# EXHIBIT 2

# Silicon Valley debut for Aussie start-ups

Published 09 April 2013 11:08, Updated 16 May 2013 11:22



Future gazing: the prospects of two dozen innovators have been given a giant boost.   **Photo iStockphoto**

Two dozen Australian start-ups have been selected to receive mentoring, and pitch to venture capitalists and angel investors in Silicon Valley, as part of an innovation program organised by not-for-profit network Advance.

The budding businesses were selected by a panel including Adrian Stone from AngelCube, Malcolm Thornton from Starfish, Kim Heras from PushStart and Gareth Adams from IFM.

One company selected for the 2012 program, Wynbox, secured $450,000 of angel investment late last year for its concept, which gamifies online retail. Co-founder Damien Cantelo has just announced a deal with Rydges hotel group and Sydney Airport.

Advance, headquartered in New York, connects the global community of Australians living abroad. It has a membership of over 23,000 in 90 countries.

The list of companies selected this year is below.

- **Ollo Mobile** – a virtual mobile operator, which claims it is the easiest and fastest way to keep the vulnerable members of your family connected.
- **ProGaming** – an online transactional platform that allows gamers to wager money on their prowess.
- **Tapestry** – an app which helps older generations stay connected to their families, friends and the community.
- **Insvrance** – technology which allows customers to launch and scale insurance products.
- **Triplebackup** – an online image backup service giving small and medium businesses near-zero downtime after a disaster.
- **OneTouch** – software that can read and understand all types of documents and automatically extract and repurpose data to provide an automated back office.
- **HealthKit** – a global platform for doctors and patients which builds global medical data to find cures for diseases and resolve underlying health issues.
- **CaptureUS** – an app which allows the user to create better videos on their smartphone, and share them with family, friends and colleagues.
- **MComms TV** – provides live video stream transcoding, monitoring and advertisement insertion for the web, broadcast and mobile networks.
- **SeeForge** – an enterprise-grade mobile reporting platform, which makes it easy for companies to transfer their existing paperwork and processes onto any mobile device.
- **Slide Fish** – technology which simplifies the process of sharing feedback on documents and presentations online.

- **Madspace** – a cloud-based Machine Learning application.
- **InvoiceSmash** – technology which lets businesses automatically import supplier invoices and bills into their accounting system with one click, meaning no more data entry.
- **Practice Ignition** – a collaboration platform that enables modern advisers to maximise engagement and value with their clients.
- **Veridocx** – provides the user with an electronic time stamp to prove the existence and state of their digital file print at any point, traceable to a national time source.
- **Marketing 4 Restaurants** – makes it simpler for restaurant owners to start growing their database.
- **Slipperfits** – an application that allows users to safely find mutual connections with people they know.
- **dataGO** – keeps people connected at a reasonable price when they travel overseas.
- **AdvisoryLabs** – helps entrepreneurs connect with each other for advice or to collaborate for mutual benefit.
- **Calico** – offers a system that helps people become fitter via a number of tools, including one called Burn&Earn.
- **365cups** – a mobile ordering technology for hospitality and other industries.
- **Social Pulse** – a content performance analytics tool for social media, which allows marketers and advertisers to gain insight into the impact of their content on social media channels.
- **Riskflo – supplies risk management technology.**
- **Floq** – an analytics and survey company providing behaviour insights to help creative, entrepreneurial people succeed.

Clarification: *Advance on April 12 advised the following changes to the above list of companies.Social Pulse has changed its name to Social Status, Advisory Labs is now CoachbyMeand ProGaming is now XY Gaming. Additionally, MandraIT, SeeForge and Veridocx are no longer taking part. WattCost, Synaptor and GetViable are taking part. Descriptions of these companies are below:* **WattCost** *- enables consumers to independently control their costs and household carbon footprint in real-time.* **Synaptor** *- helps with safety at hazardous worksites.* **GetViable** *- a social collaboration platform that helps entrepreneurs develop their ideas.*

Recommended for you



(http://www.brw.com.au/p/entrepreneurs/trend_riding_rainforest_start_bellevue_kJeGlroEujQDd02zfKIYyL)



(http://www.brw.com.au/p/entrepreneurs/duncan_saville_backs_brisbane_start_J5unuUI50zzZhUe4foVdiL)



(http://www.brw.com.au/p/entrepreneurs/direct_carsales_founder_model_roebuck_0xGEKEFxZkq7CFJAxQztXC



(http://www.brw.com.au/p/entrepreneurs/godfreys_chairman_owns_two_vacuum_7LdFAF6ZsZOGR2EQMRDYI



(http://www.brw.com.au/p/marketing/the_year_salesperson_will_no_longer_aeL5B9awzwpcaVkGEepSCN)

Recommended by

**Topics:** Entrepreneurship (/t/Entrepreneurship)   Internet (/t/Internet)   Small business (/t/Small-business)
Software (/t/Software)   Start-up (/t/Start-up)