# EXHIBIT 3


1/8/2015  I'm excited to announce Calico, a new company that will focus on health and…

+  +Jack   

 Home



### Larry Page

**Add to circles**

**8,701,523** followers | **40,787,070** views



**Larry Page**
Shared publicly  ·  19 Sep 2013

I'm excited to announce Calico, a new company that will focus on health and well-being, in particular the challenge of aging and associated diseases.  Art Levinson, Chairman and former CEO of Genentech and Chairman of Apple, will be Chief

Executive Officer.

OK … so you're probably thinking wow!  That's a lot different from what Google does today.  And you're right.  But as we explained in our first letter to shareholders, there's tremendous potential for technology more generally to improve people's lives.  So don't be surprised if we invest in projects that seem strange or speculative compared with our existing Internet businesses.  And please remember that new investments like this are very small by comparison to our core business.

Art and I are excited about tackling aging and illness.  These issues affect us all— from the decreased mobility and mental agility that comes with age, to life-threatening diseases that exact a terrible physical and emotional toll on individuals and families.  And while this is clearly a longer-term bet, we believe we can make good progress within reasonable timescales with the right goals and the right people.

Our press release has a few more details though it's still very early days so there's not much more to share yet.  Of course when Art has something more substantial to communicate (and that will likely take time), he'll provide an update.  Finally, thanks to Bill Maris for helping bring this idea to life and getting Art involved, and to Sergey Brin for consistently supporting 10X thinking like this.  It's hard for many companies to make long term investments.  So I'm tremendously excited about the innovative new way we're funding this project.  Now for the hard work!

new way we're funding this project. Now for the hard work.

http://googlepress.blogspot.com/2013/09/calico-announcement.html

+5699    ➤1384

500 comments

**Rajesh Karia**  19 Sep 2013  +14
Great incentive, well done.

**Ali A. Othman**  19 Sep 2013  +11
Excellent move!

**Joe Sanchez**  19 Sep 2013  +2
Well done

**Miguel Guillen Paz**  19 Sep 2013  +3
that's amazing!

**Kevin Tan Hong Ann**  19 Sep 2013  +3
Aging... That's really interesting...

**David Payne**  19 Sep 2013  +4
Sounds awesome, Larry!

**Prashanth Reddy**  19 Sep 2013  +32
**+Larry Page** the difference between **+Google** and other companies is "You"
The Key to **Google success** is You
and One day Google will Change Complete World
We Love Google

**Donald Farmer**  19 Sep 2013  +8
I am aging so this is very relevant to me-

**Damian Dugdale**  19 Sep 2013  +10
and calico.com is owned by oracle

# News from Google

Subscribe

## Google announces Calico, a new company focused on health and well-being

**MOUNTAIN VIEW, CA – September 18, 2013** – Google today announced Calico, a new company that will focus on health and well-being, in particular the challenge of aging and associated diseases. Arthur D. Levinson, Chairman and former CEO of Genentech and Chairman of Apple, will be Chief Executive Officer and a founding investor.

Announcing this new investment, Larry Page, Google CEO said: "Illness and aging affect all our families. With some longer term, moonshot thinking around healthcare and biotechnology, I believe we can improve millions of lives. It's impossible to imagine anyone better than Art—one of the leading scientists, entrepreneurs and CEOs of our generation—to take this new venture forward." Art said: "I've devoted much of my life to science and technology, with the goal of improving human health. Larry's focus on outsized improvements has inspired me, and I'm tremendously excited about what's next."

Art Levinson will remain Chairman of Genentech and a director of Hoffmann-La Roche, as well as Chairman of Apple.

Commenting on Art's new role, Franz Humer, Chairman of Hoffmann-La Roche, said: "Art's track record at Genentech has been exemplary, and we see an interesting potential for our companies to work together going forward. We're delighted he'll stay on our board."

Tim Cook, Chief Executive Officer of Apple, said: "For too many of our friends and family, life has been cut short or the quality of their life is too often lacking. Art is one of the crazy ones who thinks it doesn't have to be this way. There is no one better suited to lead this mission and I am excited to see the results."

**Contact**

Leslie Miller

1/8/2015 Google announces Calico, a new company focused on health and well-being – News announcements – News from Google – Google

Google Corporate Communications
press@google.com

http://googlepress.blogspot.com.au/2013/09/calico-announcement.html

2/2