# EXHIBIT 4

**From:** **Monique Liburd** mliburd@google.com
**Subject:** Re: Calico Follow-up Conversation
**Date:** 7 December 2013 7:32 am
**To:** Sam McDonagh sam@deeperwaterventures.com.au
**Cc:** Jack Owens jack@calico.com.au, Kevin Owens kevin@calico.com.au

Good morning Sam,
I just wanted to pass along the update that we are working to arrange a call between your team and Don Harrison, VP of Corporate Development for Google.

Right now his schedule looks best in January. Might a call sometime Tuesday, January 15, 2014, between 3pm-5pm PST/ Wednesday, January 16, 2014, between 7:00am-9:00am AWST **or** Wednesday, January 16, 2014 at 4pm PST/Thursday, January 17, 2014 at 8am AWST work for your schedules? Once we find a time, I can work with his assistant to schedule.

Thanks very much for your patience. Have a great weekend!

Monique

On Tue, Nov 26, 2013 at 10:18 AM, Monique Liburd <mliburd@google.com> wrote:
> Thank you Sam for the holiday wishes.
>
> I am still waiting for an update on this matter-I followed up with my business contact late last week. I will get back to you as soon as I hear back.
>
> Monique
>
>
> On Thu, Nov 21, 2013 at 1:49 AM, Sam McDonagh <sam@deeperwaterventures.com.au> wrote:
>> Hi Monique
>>
>> Trust all is well and that you are looking forward to the Thanksgiving break next week.
>>
>> An update on our end.  Calico continues to gain traction and attention for both its ambition and it's app and received significant coverage here in Australia around World Diabetes Day (Nov 14) and its effort in the Health and Wellness space.  Of upcoming significance is Calico's participation in the International Diabetes Federation's World Diabetes Congress from 2-6 December in Melbourne http://www.idf.org/worlddiabetescongress where it will be exhibiting alongside leading healthcare professionals, researchers and corporates from around the world (such as Roche, Novartis, Lilly and J&J).
>>
>> Calico is aware that the international media will be in attendance and key messaging around the Calico and Calico-Google needs to be updated as Jack and Kevin Owens continue to be contacted by the media about the apparent overlap/naming issue here.
>>
>> It is with interest this week that Arthur Levinson shared an update on the progress/hiring of Calico-Google  https://plus.google.com/108880830087528406119/posts/22aWigXdYab



Arthur Levinson
Shared publicly · Nov 19, 2013

Just over two months ago Larry and I launched Calico. We said then that with the right goals, culture and people, we believe we can make good progress on health and well-being, in particular the challenge of staying youthful, healthy and disease-free for a longer time.

Today I am pleased to announce that four of the brightest and most accomplished individuals in the fields of medicine, drug development, molecular biology and genetics have joined Calico.

- Hal V. Barron, M.D.
- David Botstein, Ph.D.
- Robert Cohen, M.D.

- Cynthia Kenyon, Ph.D.

Calico appreciates the efforts that Google is making, as referenced below, to identify appropriate meaningful opportunities for Calico, particularly given the presentation of Calico's health and well-being plans to Google management in Mountain View in early 2013.

Any update or proposed next steps on your part would be appreciated.

Kind regards,
Sam


Sam McDonagh
+61 458 291 007
sam@deeperwaterventures.com.au

**DEEPERWATER VENTURES**

---

**From:** Monique Liburd <mliburd@google.com>
**Date:** Friday, 25 October 2013 1:44 PM

**To:** Sam McDonagh <sam@deeperwaterventures.com.au>
**Subject:** Re: Calico Follow-up Conversation

Hi Sam,
I've now heard back from my contact with a little more detail. The Calico project is still in the early phases so it will still be quite some time before the team will be in a position to consider expansion or partnerships. That said, we are earnestly making efforts internally to identify other existing projects that might be meaningful introductions for Jack and Kevin. I will continue to check in on progress and will pass along information as soon as I receive.

Thank you,

Monique

On Tue, Oct 22, 2013 at 6:24 PM, Sam McDonagh <sam@deeperwaterventures.com.au> wrote:
> Thanks Monique.
>
> Sam
>
> Sam McDonagh
> +61 458 291 007
> sam@deeperwaterventures.com.au
>
> **DEEPERWATER VENTURES**
>
> ---
>
> **From:** Monique Liburd <mliburd@google.com>
> **Date:** Wednesday, 23 October 2013 3:56 AM
>
> **To:** Sam McDonagh <sam@deeperwaterventures.com.au>
> **Cc:** Jack Owens <jack@calico.com.au>, Kevin Owens <kevin@calico.com.au>
> **Subject:** Re: Calico Follow-up Conversation
>
> Thank you Sam,
> I've followed up with my business contact again re: status and will let you know as soon as I hear back

I've followed up with my business contact again re: status and will let you know as soon as I hear back.

Monique

On Mon, Oct 21, 2013 at 6:31 PM, Sam McDonagh <sam@deeperwaterventures.com.au> wrote:
> Hi Monique
>
> Trust all is well.
>
> Just touching base on this – any update?
>
> Kind regards,
> Sam

---

**From:** Monique Liburd <mliburd@google.com>
**Date:** Friday, 11 October 2013 4:38 AM

**To:** Sam McDonagh <sam@deeperwaterventures.com.au>
**Cc:** Jack Owens <jack@calico.com.au>, Kevin Owens <kevin@calico.com.au>
**Subject:** Re: Calico Follow-up Conversation

Good morning Sam,
You can update your board on the points we discussed as outlined in your summary email and further relay that we are still identifying the most appropriate business contact for a potential introduction to your team.

Thank you,

Monique

On Thu, Oct 10, 2013 at 1:15 AM, Sam McDonagh <sam@deeperwaterventures.com.au> wrote:
> Hi Monique
>
> Could you please advise of any update here?
>
> Calico has a board meeting tomorrow our time and the Director's will be looking for an update.
>
> Kind regards,
> Sam
>
> Sam McDonagh
> +61 458 291 007
> sam@deeperwaterventures.com.au
>
> DEEPERWATER VENTURES

---

> **From:** Sam McDonagh <sam@deeperwaterventures.com.au>
> **Date:** Monday, 7 October 2013 8:23 AM
> **To:** Monique Liburd <mliburd@google.com>
>
> **Cc:** Jack Owens <jack@calico.com.au>, Kevin Owens <kevin@calico.com.au>
> **Subject:** Re: Calico Follow-up Conversation
>
> Hi Monique

Thanks for the update.  You have our full attention and we await your update.

Kind regards,
Sam

---

**From:** Monique Liburd <mliburd@google.com>
**Date:** Monday, 7 October 2013 8:11 AM
**To:** Sam McDonagh <sam@deeperwaterventures.com.au>
**Cc:** Jack Owens <jack@calico.com.au>, Kevin Owens <kevin@calico.com.au>
**Subject:** Re: Calico Follow-up Conversation

Hello Sam, Jack, and Kevin,

Sending a quick follow-up: my primary business contact was out of the office last week, hoping to sit down with her early next week to bring her up to speed and plan to circle back ASAP.

Thank you for your patience.

Monique

On Tue, Oct 1, 2013 at 10:21 PM, Monique Liburd <mliburd@google.com> wrote:
> Thank you Sam,
> Nice meeting all three of you yesterday. Running down a few things internally and will get back in more detail soon.
>
> Monique

On Tue, Oct 1, 2013 at 11:11 AM, Sam McDonagh <sam@deeperwaterventures.com.au> wrote:
> Hi Monique
>
> Appreciate your time on the phone earlier today with Jack and Kevin.
>
> Key takeaways include:
>  - mutual understanding that approach of Calico to Google regarding Calico-Google is exploratory given the pre-existence of Calico in the health and wellness category and Google's recent announcement
>  - no intention of Calico-Google to overlap with Calico
>  - very early days for Calico-Google with many aspects still to be determined, however expect focus to be on "deep" life extending research and less likely to be a consumer facing brand
>  - Calico positioning more focused on big data collection/analysis via the app.
>  - media has contacted both Calico and Google for comment regarding the same name in a similar space
>  - Calico advised of some early issues/feedback from commercial partners arising from the Calico-Google announcement
>
> Next steps:
>   -  Calico to provide Google with an example of confusion that announcement has created with commercial partners et al
>   - Google to determine most appropriate internal Google BU/contact for introduction
>   - Media position remains generic/general specific to relevant trade mark guidance by territory

If anyone has further comments/additions  - please advise.

Kind regards,
Sam

Sam McDonagh
+61 458 291 007
sam@deeperwaterventures.com.au

**DEEPERWATER VENTURES**

---

**From:** Monique Liburd <mliburd@google.com>
**Date:** Tuesday, 1 October 2013 10:05 AM

**To:** Sam McDonagh <sam@deeperwaterventures.com.au>
**Subject:** Re: Calico Follow-up Conversation

Hi Sam,
I am in the conference. Please let me know if you are having trouble getting in or if you would like me to try you and Jack.

Thank you,

Monique

On Mon, Sep 30, 2013 at 11:13 AM, Sam McDonagh <sam@deeperwaterventures.com.au> wrote:
> Hi Monique
>
> Ahead of our call later today your time, attached is some background information on Calico and some trademark information which will be relevant and that I had passed on to Patrick.
>
> Jack and Kevin Owens  (Founder/Director) will join me on the call.
>
> Speak later.
>
> Kind regards,
> Sam
>
>
> Sam McDonagh
> +61 458 291 007
> sam@deeperwaterventures.com.au
>
> **DEEPERWATER VENTURES**

---

**From:** Monique Liburd <mliburd@google.com>
**Date:** Saturday, 28 September 2013 6:24 AM

**To:** Sam McDonagh <sam@deeperwaterventures.com.au>
**Subject:** Re: Calico Follow-up Conversation

Hi Sam,

I did learn about your email through Patrick, though by the time the email reached my desk, there were no attachments (not sure if the root had any). If you'd like to send along any attachments you might have provided earlier, feel free. Speak with you soon.

Monique

On Fri, Sep 27, 2013 at 4:11 AM, Sam McDonagh <sam@deeperwaterventures.com.au> wrote:
> Hi Monique
>
> Could I please confirm whether your "contact from a colleague" referenced below came via Patrick Jabal (Patrick was a former colleague of mine at eBay in San Jose and now at Google) or via the Google Australia legal team.
>
> I only ask as I provided Patrick with some background information and wanted to ascertain if you have received that info?
>
> Kind regards,
> Sam
>
> Sam McDonagh
> +61 458 291 007
> sam@deeperwaterventures.com.au
>
> DEEPERWATER VENTURES
>
> ---
>
> **From:** Monique Liburd <mliburd@google.com>
> **Date:** Friday, 27 September 2013 4:06 AM
> **To:** Sam McDonagh <sam@deeperwaterventures.com.au>
> **Subject:** Re: Calico Follow-up Conversation
>
> Thank you Sam,
> I've just sent a calendar invite. We have a new conference call system so if for some reason you experience any difficulty dialing in, please feel free to call me directly-650-691-8447, or I am happy to call you.
>
> Monique
>
> On Thu, Sep 26, 2013 at 3:05 AM, Sam McDonagh <sam@deeperwaterventures.com.au> wrote:
>> Hi Monique
>>
>> Thank you for the follow up - much appreciated.
>>
>> The time you have proposed would work very well. Would you mind sending a meeting invite and dial in number or best number to call you on.
>>
>> Kind regards,
>> Sam
>>
>> Sam McDonagh
>> +61 458 291 007
>>
>> On 26/09/2013, at 9:29 AM, Monique Liburd <mliburd@google.com> wrote:

> Good morning Sam,
>
> I received your contact information from a colleague and I understand you were hoping to speak with someone in Legal re: our recent Calico announcement. I'm happy to set up a time for us to chat. I am traveling the rest of this week for a conference but would some time early next week work for you? I sit in California so later in my day/earlier in your day might be best given the time difference. Might a call between 7 and 8 pm (Monday, my time)/10 and 11 am (Tuesday, your time) work for your schedule? Please feel free to suggest alternatives.
>
> Thanks very much,
>
> Monique
>
> Monique E. Liburd | Associate Trademark Counsel - Google | mliburd@google.com | 650-691-8447