# EXHIBIT 5

**From:** Sam McDonagh sam@deeperwaterventures.com.au 
**Subject:** Calico call - Thursday, 16 January 4pm
**Date:** 15 January 2014 6:30 pm
**To:** harrison@google.com
**Cc:** Jack Owens jack@calico.com.au, Kevin Owens kevin@calico.com.au, kellyannkay@gmail.com, Monique Liburd mliburd@google.com

Hi Don

Looking forward to our call on Thursday afternoon.

Ahead of that please find attached a presentation for your preliminary review and context for our discussion.  We understand you have the materials previously provided to Monique Liburd.

Further, here is a **proposed agenda** for the call:

1.  Introductions
2. Background and Previous Contact
3. Presentation – turn the pages/answer questions. Calico - "The value of big data applied to individual health"
4. Next Steps

On the call will be Kevin Owens - Co–Founder/Director, Jack Owens - Co–Founder/Director, Sam McDonagh – advisor/investor and Kelly Kay representing Calico/Deeperwater Ventures in the US.

Kevin Owens, Jack Owens and myself will be dialling in  from Perth, Australia;
Kelly Kay will be dialling in from in San Francisco.

Please let me know if you have any comments/questions.

Speak Thursday.

Kind regards,
Sam


Sam McDonagh
+61 458 291 007
sam@deeperwaterventures.com.au

DEEPERWATER VENTURES
DEEPERWATER VENTURES