# EXHIBIT 6

| | |
|---|---|
| **From:** | **Monique Liburd** mliburd@google.com 📎 |
| **Subject:** | Re: Calico call - Thursday, 16 January 4pm |
| **Date:** | 28 January 2014 7:00 am |
| **To:** | Sam McDonagh sam@deeperwaterventures.com.au |
| **Cc:** | Jack Owens jack@calico.com.au, **Kevin Owens** kevin@calico.com.au, kellyannkay@gmail.com |

Don to BCC.

Sam,
Thank you for taking the time to meet with Don earlier this month. As Don shared, we would welcome your team as potential Android or Google Glass app developers; however, at this time, there is not a clear fit between the work that Calico is doing and Google's business model for there to be a broader business relationship.

As we discussed in September, Google does not believe there is any likelihood of confusion between its research and development company and your fitness app given the very different services we each intend to offer and the approaches we will take to make these offerings. It was a pleasure meeting you and the rest of your team.

We wish you all the best.

Monique

On Tue, Jan 21, 2014 at 11:07 PM, Sam McDonagh <sam@deeperwaterventures.com.au> wrote:

Hi Don

Thanks again for your time on the call last Thursday – much appreciated.

As discussed, next steps are:

1. Explore the Calico opportunity and possible commercial opportunity/use of the app with the Google Health team – Don Harrison;
2. Revisit name/trademark issue and overlap in light of Calico's previously established position in the health and wellness sector given the confusion that is arising and Calico's visit to/meeting with Google in Mountain View in April 2013.

Don – appreciate the position held by Google that there is no perceived overlap in what Calico is aiming to achieve through the ongoing commercialisation of its health platform here in Australia and overseas and the basis on which Google's Art Levinson led project has been established.  We note the separate comments by Larry Page and Art Levinson in September and November last year that highlight the similarities in what the two organisation's are attempting to achieve and clearly how that confusion/overlap is arising.

Larry Page: "I'm excited to announce Calico, a new company that will focus on health and well-being, in particular the challenge of ageing and associated diseases." (Sept 19, 2013)

Art Levinson: "Just over two months ago Larry and I launched Calico.  We said that that with the right goals, culture and people, we believe we can make good progress on health and well-being, in particular the the challenge of  staying youthful, healthy and disease-free for a longer time." (Nov 19, 2013)

To the extent that we are able to come to some agreement re 1. above, some of the concerns and challenges we face  around 2. will be somewhat alleviated as we will be working together towards a common goal.

We're hopeful of finding a solution here that is beneficial for everybody and would look to 31 January to have this resolved and/or reconnect.


Kind regards,
Sam
Sam McDonagh
+61 458 291 007
sam@deeperwaterventures.com.au

DEEPERWATER VENTURES

**From:** Sam McDonagh <sam@deeperwaterventures.com.au>
**Date:** Wednesday, 15 January 2014 6:25 PM

**To:** "harrison@google.com" <harrison@google.com>
**Cc:** Jack Owens <jack@calico.com.au>, Kevin Owens <kevin@calico.com.au>,
"kellyannkay@gmail.com" <kellyannkay@gmail.com>, Monique Liburd <mliburd@google.com>
**Subject:** Calico call - Thursday, 16 January 4pm

Hi Don

Looking forward to our call on Thursday afternoon.

Ahead of that please find attached a presentation for your preliminary review and context for our
discussion.  We understand you have the materials previously provided to Monique Liburd.

Further, here is a **proposed agenda** for the call:

1.  Introductions
2. Background and Previous Contact
3. Presentation – turn the pages/answer questions. Calico - "The value of big data applied to individual
health"
4. Next Steps

On the call will be Kevin Owens - Co–Founder/Director, Jack Owens - Co–Founder/Director, Sam
McDonagh – advisor/investor and Kelly Kay representing Calico/Deeperwater Ventures in the US.

Kevin Owens, Jack Owens and myself will be dialling in  from Perth, Australia;
Kelly Kay will be dialling in from in San Francisco.

Please let me know if you have any comments/questions.

Speak Thursday.

Kind regards,
Sam


Sam McDonagh
+61 458 291 007
sam@deeperwaterventures.com.au

DEEPERWATER VENTURES