# EXHIBIT 7

| | |
|---|---|
| **To:** | Calico LLC (tmdocketing@google.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86220187 - CALICO - N/A |
| **Sent:** | 1/20/2015 11:59:08 AM |
| **Sent As:** | ECOM115@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |
| | Attachment - 28 |
| | Attachment - 29 |
| | Attachment - 30 |
| | Attachment - 31 |
| | Attachment - 32 |
| | Attachment - 33 |
| | Attachment - 34 |
| | Attachment - 35 |

Attachment - 36
Attachment - 37
Attachment - 38
Attachment - 39
Attachment - 40
Attachment - 41
Attachment - 42
Attachment - 43
Attachment - 44
Attachment - 45
Attachment - 46
Attachment - 47
Attachment - 48
Attachment - 49
Attachment - 50
Attachment - 51
Attachment - 52
Attachment - 53
Attachment - 54
Attachment - 55
Attachment - 56
Attachment - 57
Attachment - 58
Attachment - 59
Attachment - 60
Attachment - 61
Attachment - 62
Attachment - 63
Attachment - 64
Attachment - 65
Attachment - 66
Attachment - 67
Attachment - 68
Attachment - 69
Attachment - 70
Attachment - 71
Attachment - 72
Attachment - 73
Attachment - 74
Attachment - 75
Attachment - 76

[Attachment - 77](#)
[Attachment - 78](#)
[Attachment - 79](#)
[Attachment - 80](#)
[Attachment - 81](#)
[Attachment - 82](#)
[Attachment - 83](#)
[Attachment - 84](#)
[Attachment - 85](#)

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

| | |
|---|---|
| **U.S. APPLICATION SERIAL NO.** 86220187<br><br>**MARK:** CALICO | **\*86220187\*** |
| **CORRESPONDENT ADDRESS:**<br>  MONIQUE LIBURD<br>  1600 AMPHITHEATRE PKWY<br>  MOUNTAIN VIEW, CA 94043-1351 | **CLICK HERE TO RESPOND TO THIS** l<br><u>http://www.uspto.gov/trademarks/teas/response_</u><br><br><u>VIEW YOUR APPLICATION FILE</u> |
| **APPLICANT:** Calico LLC | |
| **CORRESPONDENT'S REFERENCE/DOCKET NO :**<br>  N/A<br>**CORRESPONDENT E-MAIL ADDRESS:**<br>  tmdocketing@google.com | |

# OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER
TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO
MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS**
OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 1/20/2015**

**THIS IS A FINAL ACTION.**

This Office action is in response to applicant's communication filed on December 23, 2014.

Applicant's amended identification of goods and services and clarification regarding its entity type are **accepted** and made of record.  The notation of a possible conflict with the mark in Application Serial No. 86088869 is **withdrawn**, as that application has been abandoned.

### Section 2(d) - Likelihood of Confusion Refusal—FINAL

THE FOLLOWING REFUSAL APPLIES ONLY TO THE GOODS AND SERVICES SPECIFIED HEREIN:

Registration was initially refused for the goods "pharmaceutical preparations" and "medicines for the treatment of aging, immunological diseases and degenerative conditions of the body, the promotion of life extension and restoration of youthful bodily functions" in Class 5; and the services "providing medical information, consultancy, and advisory services for the treatment of aging, immunological diseases and degenerative conditions of the body, the promotion of life extension, and restoration of youthful bodily functions" in Class 44 under Trademark Action Section 2(d), 15 U.S.C. Section 1052(d), on the grounds that applicant's mark, when used on or in connection with the identified services, so resembles the mark in U.S. Registration No. 3680863 ("CALICO") as to be likely to cause confusion, to cause mistake, or to deceive.  TMEP §§1207.01 *et seq*.  The cited registration was sent previously.  Although the examining attorney has carefully considered applicant's arguments in support of registration, she finds them unpersuasive for the following reasons.

In light of applicant's amended identification of goods, the refusal now applies to the goods "pharmaceutical preparations, namely, pharmaceuticals for the prevention and treatment of cancer, age-related conditions, and neurodegenerative disorders such as Alzheimer's disease, dementia, amyotrophic lateral sclerosis, Friedreich's ataxia, Huntington's disease, Lewy body disease, Parkinson's disease, spinal muscular atrophy, cancer, atherosclerosis, arthritis, cataracts, osteoarthritis, and cardiovascular disease" and "medicines for the treatment of aging, immunological diseases and degenerative conditions of the body, the promotion of life extension and restoration of youthful bodily functions, namely, Alzheimer's disease, dementia, amyotrophic lateral sclerosis, Friedreich's ataxia, Huntington's disease, Lewy body disease, Parkinson's disease, spinal muscular atrophy, cancer, atherosclerosis, arthritis, cataracts, osteoarthritis, and cardiovascular disease" in Class 5; and "providing medical information, consultancy, and advisory services for the treatment of aging, immunological diseases and degenerative conditions of the body, the promotion of life extension, and restoration of youthful bodily functions" in Class 44.

As was noted previously, Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and services of the applicant and registrant.  *See* 15 U.S.C. §1052(d).  A determination of likelihood of confusion under Section 2(d) is made on a case-by case basis and the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) aid in this determination.  *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing *On-Line Careline, Inc. v. Am. Online, Inc.*, 229 F.3d 1080, 1085, 56 USPQ2d 1471, 1474 (Fed. Cir. 2000)).  Not all the *du Pont* factors, however, are necessarily relevant or of equal weight, and any one of the factors may control in a given case, depending upon the evidence of record.  *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d at 1355, 98 USPQ2d at 1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant:  similarity of the marks, similarity and nature of the goods and services, and similarity of the trade channels of the goods and services.  *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc.* ,

59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

The overriding concern is not only to prevent buyer confusion as to the source of the goods and services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988).

In any likelihood of confusion determination, two key considerations are similarity of the marks and similarity or relatedness of the goods and services.  *Syndicat Des Proprietaires Viticulteurs De Chateauneuf-Du-Pape v. Pasquier DesVignes*, 107 USPQ2d 1930, 1938 (TTAB 2013) (citing *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976)); *In re Iolo Techs., LLC*, 95 USPQ2d 1498, 1499 (TTAB 2010); *see* TMEP §1207.01.  That is, the marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression.  *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973)); TMEP §1207.01(b)-(b)(v).  Additionally, the goods and services are compared to determine whether they are similar or commercially related or travel in the same trade channels.  *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §1207.01, (a)(vi).

<u>Identical Marks</u>

In a likelihood of confusion determination, the marks in their entireties are compared for similarities in appearance, sound, connotation, and commercial impression.  *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b)-(b)(v).

In the present case, applicant's mark is "CALICO" in standard character format and the registrant's mark is "CALICO" in standard character format.  Thus, the marks are identical in terms of appearance and sound.  In addition, the connotation and commercial impression of the marks do not differ when considered in connection with applicant's and registrant's respective goods and services.

Therefore, the marks are confusingly similar.

<u>Closely Related Goods and Services</u>

First, the examining attorney notes that where the marks of the parties are identical, as is the case here, the relationship between the relevant goods and services need not be as close to support a finding of likelihood of confusion.  *See In re Shell Oil Co.*, 992 F.2d 1204, 1207, 26 USPQ2d 1687, 1689 (Fed. Cir. 1993); *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202 (TTAB 2009); *In re Thor Tech, Inc.*, 90 USPQ2d 1634, 1636 (TTAB 2009); TMEP §1207.01(a).

The goods and services of the parties need not be identical or even competitive to find a likelihood of confusion.  *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000) ("[E]ven if the goods in question are different from, and thus not related to, one another in kind, the same

goods can be related in the mind of the consuming public as to the origin of the goods."); TMEP §1207.01(a)(i).

The respective goods and services need only be "related in some manner and/or if the circumstances surrounding their marketing [be] such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

In this case, the goods and services of the parties are closely related since they all relate to pharmaceuticals and healthcare.  The applicant's goods and services at issue are various pharmaceutical preparations and medicines in Class 5, and the services "providing medical information, consultancy, and advisory services for the treatment of aging, immunological diseases and degenerative conditions of the body, the promotion of life extension, and restoration of youthful bodily functions" in Class 44.

The registrant's services include educational services in the field of health, online magazines in the field of health, pharmaceutical advice, counseling services in the field of health and nutrition, and providing an online computer database featuring information regarding health.

Both applicant and registrant provide health information and consultancy services.  As noted in the previous Office action, applicant's services of "providing medical information, consultancy, and advisory services for the treatment of aging, immunological diseases and degenerative conditions of the body, the promotion of life extension, and restoration of youthful bodily functions" completely encompass the registrant's services of counseling in the field of health and nutrition and providing an online computer database featuring information regarding health.

With respect to applicant's and registrant's services, the question of likelihood of confusion is determined based on the description of the services stated in the application and registration at issue, not on extrinsic evidence of actual use.  *See Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1323, 110 USPQ2d 1157, 1162 (Fed. Cir. 2014) (quoting *Octocom Sys. Inc. v. Hous. Computers Servs. Inc.*, 918 F.2d 937, 942, 16 USPQ2d 1783, 1787 (Fed. Cir. 1990)).

In this case, the identifications set forth in the application and registration have no restrictions as to nature, type, channels of trade, or classes of purchasers.  Therefore, it is presumed that these services "travel in the same channels of trade to the same class of purchasers."  *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1268, 62 USPQ2d 1001, 1005 (Fed. Cir. 2002)).  Further, the application uses broad wording to describe the services and this wording is presumed to encompass all services of the type described, including those in the registrant's more narrow identification.  *See In re Jump Designs*, *LLC*, 80 USPQ2d 1370, 1374 (TTAB 2006) (citing *In re Elbaum*, 211 USPQ 639, 640 (TTAB 1981)).

Next, applicant provides various pharmaceutical preparations and medicines, and registrant provides "pharmaceutical advice."   In support of showing the relatedness between these complementary goods and services, the examining attorney previously attached pages from the websites of several large pharmaceutical companies including Merck, Pfizer, Bristol-Myers Squibb and Lilly, showing that these companies provide both pharmaceuticals *and* online health information and pharmaceutical advice in the nature of prescribing information about their various drugs, medication guides, material safety data sheets, medical information resources for healthcare professionals, online medical resources for patients, etc. The examining attorney now attaches additional evidence of the same variety from the websites of Abbott Laboratories, Bayer, and Roche. *Please see pp. 7-29 attached to the previous Office action, as well as*

*Exhibits A-C attached to the current final Office action.*

In its response, applicant dismisses the relevance of this evidence, stating that "pharmaceutical and medical advice can be lawfully dispensed only by certified and licensed practitioners, including medical doctors and pharmacists."  Therefore, the applicant concludes, the information provided on the webpages noted above "does not constitute pharmaceutical or medical advice."

This argument is unconvincing for several reasons.  First, the trademark examining attorney has attached evidence from the USPTO's X-Search database consisting of a representative sample of third-party marks registered for use in connection with the same or similar goods and services as those of both applicant and registrant in this case.  This evidence shows that the goods and services listed therein, namely "pharmaceutical advice," pharmaceutical consultation and pharmaceutical preparations and medicines are of a kind that may emanate from a single source under a single mark.  *See In re Anderson*, 101 USPQ2d 1912, 1919 (TTAB 2012); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988); TMEP §1207.01(d)(iii).  All of these registrations are based on use in commerce in the United States, which casts doubt on applicant's assertion that a pharmaceutical manufacturer could never offer "pharmaceutical advice."

Secondly, applicant misconstrues the wording "pharmaceutical advice" to  *only* refer to providing the services of a licensed pharmacist.  This is too narrow of a reading, since "pharmaceutical advice" could refer to providing advice about any number of topics related to pharmaceuticals, such as providing advice about pharmaceutical benefit management, about the manufacture of pharmaceuticals, about pharmaceutical research and development, about general information relating to pharmaceuticals, etc.  Thus, the examining attorney's evidence showing that large pharmaceutical manufacturers also provide online health information and advice in the nature of prescribing information about their various drugs, medication guides, material safety data sheets, medical information resources for healthcare professionals, online medical resources for patients, etc., is clearly relevant.

Consumers are likely to be confused by the use of similar marks on or in connection with goods and with services featuring or related to those goods.  TMEP §1207.01(a)(ii); *see In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 6 USPQ2d 1025 (Fed. Cir. 1988) (holding BIGG'S for retail grocery and general merchandise store services likely to be confused with BIGGS for furniture); *In re United Serv. Distribs., Inc.*, 229 USPQ 237 (TTAB 1986) (holding design for distributorship services in the field of health and beauty aids likely to be confused with design for skin cream); *In re Phillips-Van Heusen Corp.*, 228 USPQ 949 (TTAB 1986) (holding 21 CLUB for various items of men's, boys', girls' and women's clothing likely to be confused with THE "21" CLUB (stylized) for restaurant services and towels); *In re U.S. Shoe Corp.*, 229 USPQ 707 (TTAB 1985) (holding CAREER IMAGE (stylized) for retail women's clothing store services and clothing likely to be confused with CREST CAREER IMAGES (stylized) for uniforms); *Steelcase Inc. v. Steelcare Inc.*, 219 USPQ 433 (TTAB 1983) (holding STEELCARE INC. for refinishing of furniture, office furniture, and machinery likely to be confused with STEELCASE for office furniture and accessories); *Mack Trucks, Inc. v. Huskie Freightways, Inc.*, 177 USPQ 32 (TTAB 1972) (holding similar marks for trucking services and on motor trucks and buses likely to cause confusion).

Last, applicant argues that potential purchasers of these goods and services will "exhibit a significant degree of care," and are therefore less likely to be confused.  This argument is without merit, especially in light of the fact that the marks "CALICO" are identical .  The fact that purchasers are sophisticated or knowledgeable in a particular field, such as their own healthcare, does not necessarily mean that they are sophisticated or knowledgeable in the field of trademarks or immune from source confusion.  TMEP §1207.01(d)(vii); *see, e.g.*, *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d. 1317, 1325,

110 USPQ2d 1157, 1163-64 (Fed. Cir. 2014); *Top Tobacco LP v. N. Atl. Operating Co.*, 101 USPQ2d 1163, 1170 (TTAB 2011).

For example, the mark WebMD® is widely known in the U.S. for a website which provides a wide array of medical information and advice, including advice and information about pharmaceuticals.  If an unrelated company suddenly began using the identical mark "WebMD" on pharmaceutical preparations and medicines, it is likely that even the savviest of consumers would assume the drugs emanated from the original WebMD® source.

Given that the marks at issue are identical and that the evidence of record clearly supports the conclusion that the goods and services are "related in some manner" and that  the circumstances surrounding their marketing " could give rise to the mistaken belief that [the goods and services] emanate from the same source," any doubt as to whether there may be a likelihood of confusion between the respective marks must be resolved in favor of the registrant.  Accordingly, the refusal to register under Section 2(d) of the Trademark Act due to a likelihood of confusion is proper, and is now maintained and made *final.*

**Response Guidelines**
 Applicant must respond within six months of the date of issuance of this final Office action or the following goods and services to which the final refusal applies will be **deleted** from the application by Examiner's  Amendment: "pharmaceutical preparations, namely, pharmaceuticals for the prevention and treatment of cancer, age-related conditions, and neurodegenerative disorders such as Alzheimer's disease, dementia, amyotrophic lateral sclerosis, Friedreich's ataxia, Huntington's disease, Lewy body disease, Parkinson's disease, spinal muscular atrophy, cancer, atherosclerosis, arthritis, cataracts, osteoarthritis, and cardiovascular disease" and "medicines for the treatment of aging, immunological diseases and degenerative conditions of the body, the promotion of life extension and restoration of youthful bodily functions, namely, Alzheimer's disease, dementia, amyotrophic lateral sclerosis, Friedreich's ataxia, Huntington's disease, Lewy body disease, Parkinson's disease, spinal muscular atrophy, cancer, atherosclerosis, arthritis, cataracts, osteoarthritis, and cardiovascular disease" in Class 5; and "providing medical information, consultancy, and advisory services for the treatment of aging, immunological diseases and degenerative conditions of the body, the promotion of life extension, and restoration of youthful bodily functions" in Class 44 .  37 C.F.R. §2.65(a); *see* 15 U.S.C. §1062(b).

The application will then proceed for all other goods and services presently listed in the application.

Applicant may respond by providing one or both of the following:

> (1)      A response that fully satisfies all outstanding requirements and/or resolves all outstanding refusals.

> (2)      An appeal to the Trademark Trial and Appeal Board, with the appeal fee of $100 per class.

37 C.F.R. §2.63(b)(1)-(2); TMEP §714.04; *see* 37 C.F.R. §2.6(a)(18); TBMP ch. 1200.

In certain rare circumstances, an applicant may respond by filing a petition to the Director pursuant to 37 C.F.R. §2.63(b)(2) to review procedural issues.  TMEP §714.04; *see* 37 C.F.R. §2.146(b); TBMP §1201.05; TMEP §1704 (explaining petitionable matters).  The petition fee is $100. 37 C.F.R. §2.6(a)(15).

**Assistance**

_____

If applicant has any questions or needs assistance in responding to this Office Action, please telephone or email the undersigned examining attorney.

> /Allison P. Schrody/
> Examining Attorney
> Law Office 115
> allison.schrody@uspto.gov
> (571) 272-5893
> (571) 273-9115 (fax)

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**Print: Jan 19, 2015**                    **76116189**

**DESIGN MARK**

**Serial Number**
76116189

**Status**
REGISTERED AND RENEWED

**Word Mark**
CAPELLON

**Standard Character Mark**
No

**Registration Number**
2606705

**Date Registered**
2002/08/13

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Capellon Pharmaceuticals, LLC LIMITED LIABILITY COMPANY TEXAS 7509
Flagstone Street Forth Worth TEXAS 76118

**Goods/Services**
Class Status -- ACTIVE. IC 042. US 100 101. G & S: Pharmaceutical
advice. First Use: 1999/01/03. First Use In Commerce: 1999/01/03.

**Goods/Services**
Class Status -- ACTIVE. IC 040. US 100 103 106. G & S: Custom
manufacture of pharmaceutical preparations. First Use: 1999/01/03.
First Use In Commerce: 1999/01/03.

**Filing Date**
2000/08/25

**Examining Attorney**
FRENCH, CURTIS

**Attorney of Record**
Stephen M. Roylance

# CAPELLON

**Print: Jan 19, 2015**                              **76523912**

**DESIGN MARK**

**Serial Number**
76523912

**Status**
REGISTERED AND RENEWED

**Word Mark**
C.O. BIGELOW ESTABLISHED 1836 APOTHECARIES

**Standard Character Mark**
No

**Registration Number**
2802209

**Date Registered**
2004/01/06

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
BIGELOW MERCHANDISING, LLC LIMITED LIABILITY COMPANY DELAWARE THREE
LIMITED PARKWAY COLUMBUS OHIO 43230

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Skin care products, namely, cleansing creams, scrubs, soaps, masques,
toners, conditioners and moisturizers; sunscreen and suntan oils and
creams; shaving creams, after shave creams and lotions, body massage
creams and oils, bath oils, body wash and shower gels, talcum powders,
body scrubs; hair care products, namely, shampoos, conditioners and
grooming preparations; fragrances, namely, perfumes, colognes, and
essences; essential oils and aromatherapy oils; cosmetics, namely,
nail polish, lipstick, lip balms, eyeshadow, blush, facial powder,
mascara and eyeliners, medicated soaps.  First Use: 1970/01/01.  First
Use In Commerce: 1970/01/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Vitamins, over-the-counter medicines, namely, preparations for
treating colds, throat lozenges, cough lozenges, medicated lozenges,
cough syrups, and aspirin, medicated lip balm, medicated skin

**Print: Jan 19, 2015**                                        **76523912**

preparations and lotions, medicated sunburn lotions, air deodorant and
air deodorizers.  First Use: 1970/01/01.  First Use In Commerce:
1970/01/01.

### Goods/Services
Class Status -- ACTIVE.  IC 018.  US  001 002 003 022 041.  G & S:
Toiletry and cosmetic cases and toiletry and cosmetic bags sold empty.
 First Use: 1997/01/01.  First Use In Commerce: 1997/01/01.

### Goods/Services
Class Status -- ACTIVE.  IC 021.  US  002 013 023 029 030 033 040 050.
 G & S: Make-up brushes and shaving brushes; combs and hair brushes.
First Use: 1991/01/01.  First Use In Commerce: 1991/01/01.

### Goods/Services
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Mail order
services, on-line retail store services and retail shops, all
featuring pharmaceutical products, cosmetics, toiletries, spa, skin
and beauty care products; retail pharmacy and cosmetic product
services; wholesale and retail store and distributorship services
featuring pharmaceutical products, cosmetics, toiletries, spa, skin
and beauty care products.  First Use: 1900/01/01.  First Use In
Commerce: 1900/01/01.

### Goods/Services
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Pharmaceutical
advice, health spa services, namely cosmetic and body care services.
First Use: 1900/01/01.  First Use In Commerce: 1900/01/01.

### Goods/Services
Class Status -- ACTIVE.  IC 045.  US  100 101.  G & S: Preparation of
gift baskets with selected cosmetic and body care items.  First Use:
1900/01/01.  First Use In Commerce: 1900/01/01.

### Prior Registration(s)
2365803;2460091

### Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ESTABLISHED 1836
APOTHECARIES" APART FROM THE MARK AS SHOWN.

### Name/Portrait Statement
The name "C.O. BIGELOW" does not identify a living individual.

### Colors Claimed
Color is not claimed as a feature of the mark.

### Section 2f Statement
as to "C.O. BIGELOW"

### Filing Date

**Print: Jan 19, 2015**                              **76523912**

2003/06/09

**Examining Attorney**
CASE, LEIGH CAROLINE

**Attorney of Record**
Joseph Quigley

C.O. BIGELOW
ESTABLISHED 1838
APOTHECARIES

**Print: Jan 19, 2015**                           **76680992**

**DESIGN MARK**

**Serial Number**
76680992

**Status**
REGISTERED

**Word Mark**
NEUROPATTERN

**Standard Character Mark**
Yes

**Registration Number**
3944388

**Date Registered**
2011/04/12

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Hellhammer, Juliane INDIVIDUAL FED REP GERMANY Max-Planck-Str. 22
D-54295 Trier FED REP GERMANY

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S:
pharmaceutical and veterinary preparations for the prevention and
treatment of stress related disorders in humans and animals. First
Use: 2011/01/19. First Use In Commerce: 2011/01/19.

**Goods/Services**
Class Status -- ACTIVE. IC 042. US 100 101. G & S: Scientific and
technological research services and design of new products relating
thereto for others; scientific and industrial research services and
analysis related thereto for medical purposes, namely, the development
and analysis of medicaments for various conditions of persons and
animals, particularly for stress related syndromes and other diseases
of the human and animal body, and the determination of their spectrum
of efficacy. First Use: 2010/02/03. First Use In Commerce:
2010/02/03.

**Goods/Services**

**Print: Jan 19, 2015**                    **76680992**

Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Medical
services, namely, medical analysis services relating to the treatment
of persons and animals, such as the analysis of stress related
syndromes and other diseases of the human and animal body;
pharmaceutical advice.  First Use: 2011/01/00.  First Use In Commerce:
2011/01/00.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2005/09/26

**Examining Attorney**
MEIER, SHARON

**Attorney of Record**
Lynn A. Sullivan

# NEUROPATTERN

**Print: Jan 19, 2015**                              **77004855**

**DESIGN MARK**

**Serial Number**
77004855

**Status**
REGISTERED

**Word Mark**
DAEWOONG PHARMACEUTICAL CO., LTD.

**Standard Character Mark**
No

**Registration Number**
3966537

**Date Registered**
2011/05/24

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Daewoong Co., Ltd. CORPORATION REPUBLIC OF KOREA 223-23,
Sangdaewon-Dong, Joongwon-Ku Sungnam-city Kyunggido REPUBLIC OF KOREA
462-120

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Pharmaceutical preparations, namely, acetaminophen, acne medications,
acne treatment preparations, adrenal hormone preparations, alcohol for
topical use, allergy and allergy relief medications, analgesics,
androgen preparations, anesthetics for surgical and non surgical use,
antacids, bactericides, antiarrhythmics, antibiotics, anticoagulants,
anticonvulsants, antidepressants, antidiabetic preparations,
antivirals, anti-cancer preparations, anti-infectives,
anti-inflammatories, antipyretics, antibacterial pharmaceuticals,
calcium channel blockers, beta blockers, chemical compounds for drug
delivery, eye drops, eye patches for medical purposes, hair growth
stimulants, vaccines, vaccine adjuvants, vaccine stabilizers,
diuretics, amino acids for medical purposes; dietary and nutritional
supplements; medicated skin lotions, bandages for skin wounds,
vitamins; biological preparations for medical purposes; all purpose
disinfecting and deodorizing preparations; pharmaceutical preparations

-1-

for use in cardiovascular treatment; diagnostic agents for medical
purposes; pharmaceutical preparations for use in chemotherapy;
pharmaceutical preparations for the treatment of heart rhythm
disorders; pharmaceutical preparations for the treatment of infectious
diseases; pharmaceutical preparations acting on the central nervous
system; pharmaceutical preparations for treating diabetes;
pharmaceutical preparations for treating skin disorders;
pharmaceutical preparations for treating wounds; pharmaceutical
preparations for the treatment of eye diseases and conditions;
pharmaceutical preparations to prevent swelling in the legs;
pharmaceutical preparations for treating respiratory diseases and
asthma; pharmaceutical preparations for the treatment of erectile
dysfunction; drug delivery agents consisting of compounds that
facilitate delivery of a wide range of pharmaceuticals; processed food
adapted for medical purposes; plant extracts adapted for use in the
treatment of the central nervous system, diabetes, skin disorders,
wounds, eye diseases and conditions, swelling in the legs, respiratory
diseases, asthma, erectile dysfunction, cardiovascular conditions,
heart rhythm disorders and infectious diseases; plant extracts adapted
for use in chemotherapy; veterinary preparations for treatment of
intestinal bacteria in mammals; veterinary preparations, namely,
vaccines; sanitary preparations for medical use.  First Use:
2002/05/14.  First Use In Commerce: 2010/10/01.

## Goods/Services
Class Status -- ACTIVE.  IC 035.  US 100 101 102.  G & S:
Pharmaceutical sales promotion for others; providing business
information for pharmaceuticals; business management assistance on
pharmaceuticals; market research; market study; advertising services;
arranging of pharmaceutical sale, namely, procuring of contracts for
the purchase and sale of pharmaceuticals, retail services by direct
solicitation by sales agents in the field of pharmaceuticals;
export-import agency; retail store services in the field of health
supplements, retail services by direct solicitation by sales agents in
the field of health supplements; retail store services in the field of
cosmetics, retail services by direct solicitation by sales agents in
the field of cosmetics; and procurement services, namely, purchasing
pharmaceuticals for others.  First Use: 2002/05/14.  First Use In
Commerce: 2009/11/01.

## Goods/Services
Class Status -- ACTIVE.  IC 044.  US 100 101.  G & S: Medical
clinics; pharmaceutical advice; preparation and dispensing of
pharmaceuticals; technology services on selecting medicines, namely,
interactive medical monitoring and alert services for reminding
clients of medical information, namely, medicinal dosage, allergic
sensitivity and prescription refills; providing medical information
about medical equipment, devices and pharmaceutical preparations;
clinical pathology services for the diagnosis and treatment of
disease; medical assistance services; medical testing service; medical
and health care, namely, ambulant medical care; cosmetic analysis;

rental of medical equipment; rental of sanitary equipment, namely,
clean chambers for sanitary purposes, urinals for sanitary fixtures,
hand washing basins and bowls for sanitary installations and water
pipes for sanitary installations.  First Use: 2002/05/14.  First Use
In Commerce: 2009/11/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PHARMACEUTICAL CO.,
LTD." APART FROM THE MARK AS SHOWN.

**Description of Mark**
The mark consists of the term "DAEWOONG" above the words
"PHARMACEUTICAL CO., LTD.". To the left of the words is a shaded
square containing a Chinese character on the left and a picture of a
bear on the right.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Translation Statement**
The English translation of the word "DAEWOONG" in the mark is Big
Bear.

**Transliteration Statement**
The non-Latin character(s) in the mark transliterates into "woong" ,
and this means a bear in English.

**Filing Date**
2006/09/21

**Examining Attorney**
MITTLER, ROBIN

**Attorney of Record**
Kelly Phair McCarthy



**Print: Jan 19, 2015**                                    **77098427**

**DESIGN MARK**

**Serial Number**
77098427

**Status**
REGISTERED

**Word Mark**
THE COMPOUNDING SHOP PROVIDING YOU HEALTH & WELLNESS THROUGH
CUSTOMIZED MEDICATIONS

**Standard Character Mark**
No

**Registration Number**
3358605

**Date Registered**
2007/12/25

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
The Compounding Shop, Inc. CORPORATION FLORIDA 4000 Park Street North
St. Petersburg FLORIDA 33709

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Acne medications; Allergy medications; Almond oils for pharmaceutical
purposes; Amino acids for medical or veterinary purposes; Animal feed
additive for use as a nutritional supplement for medical purposes;
Antibacterial pharmaceuticals; Antifungal creams for medical use;
Antimicrobial preparations for inhibiting microbiological
decomposition in food, beverages, animal feed and pharmaceuticals;
Astringents; Bacteriostats for medicinal, dental and veterinary use;
Bath salts for medical purposes; Biological and chemical preparations
and reagents for medical or veterinary use; Bismuth preparations for
pharmaceutical purposes; Burn relief medication; Cardiovascular
pharmaceuticals; Castor oil; Cleansing solutions for medical use;
Dermatological pharmaceutical products; Diagnostic agents,
preparations and substances for medical purposes; Diarrhea medication;
Drug delivery agents consisting of compounds that facilitate delivery
of a wide range of pharmaceuticals; Electrophoresis gels for medical

-1-

or veterinary purposes; Fungicides for medical use; Gelatin capsules
sold empty for pharmaceuticals; Ginseng for medicinal use; Hormones
for medical purposes; Hydrogen peroxide for medical use; Inhaled
pharmaceutical preparations for the treatment of respiratory disseases
and disorders; Injectable pharmaceuticals for treatment of
anaphylactic reactions; Isopropyl alcohol for medical use; Medical
cleansers for skin and wounds; Medical lubricant, namely, vaginal
lubricants; Medicated animal feed; Medicated baby oils; Medicated baby
powders; Medicated bath preparations; Medicated brush-on oral care
gels; Medicated candies; Medicated diaper rash ointments and lotions;
Medicated foot powder; Medicated grooming preparations for pets and
livestock, namely, shampoos, lotions, creams, and sprays to treat and
prevent a variety of conditions; Medicated hair care preparations;
Medicated hand wash; Medicated lip balm; Medicated lozenges; Medicated
mouth care and treatment preparations; Medicated shaving preparations;
Medicinal herbal extracts for medical purposes; Mineral salts for
medical purposes; Multipurpose medicated antibiotic cream, analgesic
balm and mentholated salve.; Pain relief medication; Parasiticides for
medical use; Petroleum jelly for medical purposes; Pharmaceutical
anti-allergic preparations and substances; Pharmaceutical
antitussive-cold preparations; Pharmaceutical for the treatment of
erectile dysfunction; Pharmaceutical preparation for the treatment of
gout; Pharmaceutical preparations acting on the central nervous
system; Pharmaceutical preparations and substances for the treatment
of gastro-intestinal diseases; Pharmaceutical preparations for animal
skincare; Pharmaceutical preparations for the treatment of eye
diseases and conditions; Pharmaceutical preparations for the treatment
of hormonal disorders and the prevention of osteoporosis;
Pharmaceutical preparations for the treatment of infectious diseases;
Pharmaceutical preparations for treating diabetes; Pharmaceutical
preparations for treating skin disorders; Pharmaceutical preparations
for use in chemotherapy; Pharmaceutical preparations for use in
urology; Pharmaceutical preparations for wounds; Pharmaceutical
preparations namely, antidepressants; Pharmaceutical preparations
namely, appetite suppressants; Pharmaceutical preparations, namely, a
blood clotting aid and delivery system for use in human and veterinary
medicine; Pharmaceuticals, namely, anti-infectives; Pharmaceuticals,
namely, antihelmintics; Syringes sold filled with hormone replacement,
arthritic medication, allergy medication.  First Use: 2007/02/02.
First Use In Commerce: 2007/02/02.

**Goods/Services**
Class Status -- ACTIVE. IC 035.  US  100 101 102.  G & S: Retail
pharmacy services.  First Use: 2007/02/02.  First Use In Commerce:
2007/02/02.

**Goods/Services**
Class Status -- ACTIVE. IC 042.  US  100 101.  G & S: Development of
pharmaceutical preparations and medicines; Pharmaceutical drug
development services; Pharmaceutical product evaluation;
Pharmaceutical research and development; Pharmaceutical research

**Print: Jan 19, 2015**                          **77098427**

services; Research and development of vaccines and medicines; Research
on the subject of pharmaceuticals. First Use: 2007/02/02. First Use
In Commerce: 2007/02/02.

## Goods/Services
Class Status -- ACTIVE. IC 044. US 100 101. G & S: Dispensing of
pharmaceuticals; Medical and pharmaceutical consultation;
Pharmaceutical advice; Pharmacists' services to make up prescriptions;
Preparation and dispensing of medications. First Use: 2007/02/02.
First Use In Commerce: 2007/02/02.

## Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE COMPOUNDING SHOP"
APART FROM THE MARK AS SHOWN.

## Description of Mark
The mark consists of a stylized teal word "The" superimposed above a
stylized maroon word "Compounding" superimposed above a stylized
maroon word "Shop" with a stylized teal symbol of a mortar with pestle
immediately to the right of the word "Shop" that is partially
superimposed above the "p" in the word "Shop" with the stylized white
symbol "Rx" superimposed inside the symbol of the mortar, all of which
appears superimposed above the stylized black italicized words
"Providing You Health & Wellness Through Customized Medications".

## Colors Claimed
The color(s) teal, maroon, white, and black is/are claimed as a
feature of the mark.

## Filing Date
2007/02/02

## Examining Attorney
LITZAU, MICHAEL

## Attorney of Record
Carla Turner-Hahn



**Print: Jan 19, 2015**                        **78717824**

**DESIGN MARK**

**Serial Number**
78717824

**Status**
REGISTERED

**Word Mark**
ALBIOREX

**Standard Character Mark**
Yes

**Registration Number**
3613899

**Date Registered**
2009/04/28

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
ALBIOREX, INC. CORPORATION FLORIDA P.O. Box 773 Palm Harbor FLORIDA
346820773

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S:
Pharmaceuticals, namely, human collagen; pharmaceutical preparations
for dermatologic use, ocular or intraocular surgery and
ophthalmological use, orthopedic surgery and orthopedic use. First
Use: 2008/03/18. First Use In Commerce: 2008/03/18.

**Goods/Services**
Class Status -- ACTIVE. IC 035. US 100 101 102. G & S:
Distributorships in the field of pharmaceutical and medical products;
retail pharmacy services; wholesale ordering services in the field of
pharmaceutical and medical products. First Use: 2008/03/18. First
Use In Commerce: 2008/03/18.

**Goods/Services**
Class Status -- ACTIVE. IC 042. US 100 101. G & S: Scientific and
technological services and research and design relating thereto,
namely, biotechnology research, design, engineering and manufacture of

-1-

collagen, cells, and tissue related materials, drug delivery systems, and orthopedic and ophthalmological materials.  First Use: 2008/03/18.  First Use In Commerce: 2008/03/18.

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Medical services; medical care, hygienic and beauty care given by persons or establishments to human beings and animals, namely, beauty salon services, veterinary services; plastic and cosmetic surgery; ophthalmological surgery and services, orthopedic surgery, medical and pharmaceutical advice and consultation.  First Use: 2008/03/18.  First Use In Commerce: 2008/03/18.

**Filing Date**
2005/09/21

**Examining Attorney**
GUSTASON, ANNE E.

**Attorney of Record**
Mark D. Hansing

# ALBIOREX

**Print: Jan 20, 2015**                          **76604825**

**DESIGN MARK**

**Serial Number**
76604825

**Status**
SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Word Mark**
COMPOUND WITH CONFIDENCE

**Standard Character Mark**
Yes

**Registration Number**
3052455

**Date Registered**
2006/01/31

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Professional Compounding Centers of America, Inc. CORPORATION TEXAS
9901 South Wilcrest Drive Houston TEXAS 77099

**Goods/Services**
Class Status -- ACTIVE.  IC 001.  US  001 005 006 010 026 046.  G & S:
Chemicals for use in compounding pharmaceuticals.  First Use:
2004/02/00.  First Use In Commerce: 2004/02/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Non-medicated formulations, namely, base skin creams, lotions, liquids
and semi-solids for use with other cosmetics.  First Use: 2004/02/00.
First Use In Commerce: 2004/02/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Base formulations, mainly, creams, lotions, liquids and semi-solids
for use with medicated ingredients for formulating topical
pharmaceutical preparations.  First Use: 2004/02/00.  First Use In
Commerce: 2004/02/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 007.  US  013 019 021 023 031 034 035.  G
& S: Equipment used in formulating pharmaceutical products, namely,
capsule making machines, ointment mills, rapid dissolve equipment in
the form of high speed mixers, and machine parts, namely, molds for
use in the manufacture pharmaceutical formulations, namely,
suppositories, suckers and tablets.  First Use: 2004/02/00.  First Use
In Commerce: 2004/02/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Business
consultation services in the field of marketing pharmaceutical
compounding services.  First Use: 2004/02/00.  First Use In Commerce:
2004/02/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational
services, namely, conducting classes, conferences and workshops in the
fields of compounding pharmaceuticals, marketing pharmaceutical
compounding services and financial management for compounding
pharmacies.  First Use: 2004/02/00.  First Use In Commerce:
2004/02/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Pharmaceutical
consultation services to pharmacists in the field of compounding and
providing information related thereto via global computer network.
First Use: 2004/02/00.  First Use In Commerce: 2004/02/00.

**Prior Registration(s)**
1252120;1319791;1325398;2655708;2661704;2714999;AND OTHERS

**Filing Date**
2004/07/30

**Examining Attorney**
CLARK, GLENN

**Attorney of Record**
C. James Bushman

# COMPOUND WITH CONFIDENCE

**Print: Jan 20, 2015**                     **77029507**

**DESIGN MARK**

**Serial Number**
77029507

**Status**
SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Word Mark**
HORTON & CONVERSE

**Standard Character Mark**
Yes

**Registration Number**
3387426

**Date Registered**
2008/02/26

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Gavin Herbert Co. DBA Horton & Converse Pharmacies CORPORATION
CALIFORNIA 23 Corporate Plaza, Suite 123 Newport Beach CALIFORNIA
92660

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Vitamin and mineral preparations for medical use.  First Use:
1917/00/00.  First Use In Commerce: 1917/00/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Retail
pharmacy services.  First Use: 1917/00/00.  First Use In Commerce:
1917/00/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Maintaining
personal medical history records and files; Medical and pharmaceutical
consultation; Preparation and dispensing of medications; Rental of
medical equipment.  First Use: 1917/00/00.  First Use In Commerce:
1917/00/00.

**Print: Jan 20, 2015**                    **77029507**

**Filing Date**
2006/10/25

**Examining Attorney**
PERKINS, ELLEN

# Horton & Converse

**Print: Jan 20, 2015**                          **77614807**

**DESIGN MARK**

**Serial Number**
77614807

**Status**
REGISTERED

**Word Mark**
MOCHI MED SPA

**Standard Character Mark**
Yes

**Registration Number**
3783309

**Date Registered**
2010/05/04

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Hansen A. Chang, L.L.C. LIMITED LIABILITY COMPANY GEORGIA 2253 Grain
Meadow Lane Stone Mountain GEORGIA 300892764

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Dermatological pharmaceutical products; Medicated skin care
preparations.  First Use: 2009/08/01.  First Use In Commerce:
2009/08/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Medical and
pharmaceutical consultation; Medical services.  First Use: 2009/06/01.
 First Use In Commerce: 2009/08/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MED SPA" APART FROM
THE MARK AS SHOWN.

**Filing Date**
2008/11/14

-1-

**Print: Jan 20, 2015**                          **77614807**

**Examining Attorney**
RINGLE, JIM

# MOCHI MED SPA

**Print: Jan 20, 2015**                              **77710229**

**DESIGN MARK**

**Serial Number**
77710229

**Status**
REGISTERED

**Word Mark**
HNP PHARMACEUTICALS

**Standard Character Mark**
No

**Registration Number**
3701435

**Date Registered**
2009/10/27

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Robert P. Nickell INDIVIDUAL UNITED STATES 381 Van Ness Avenue, Suite
1507 Torrance CALIFORNIA 90501

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
pain relief medication; topical gel for medical and therapeutic
treatment of inflammation and pain; medicinal creams for skin care;
topical analgesics; oral analgesics.  First Use: 1995/06/01.  First
Use In Commerce: 1995/06/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: pharmaceutical
consultation in the field of prescribing medications and compounding
of prescription medications; pharmacists' services to make up
prescriptions.  First Use: 1995/06/01.  First Use In Commerce:
1995/06/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PHARMACEUTICALS" APART
FROM THE MARK AS SHOWN.

-1-

**Print: Jan 20, 2015**                    **77710229**

**Description of Mark**
The mark consists of the term "HNP PHARMACEUTICALS" with the term
"HNP" appearing in white on a blue rectangular background, followed by
the term "PHARMACEUTICALS" in black on a white rectangular background,
all surrounded by a black border.

**Colors Claimed**
The color(s) blue, white and black is/are claimed as a feature of the
mark.

**Filing Date**
2009/04/09

**Examining Attorney**
STOIDES, KATHERINE

**Attorney of Record**
Irene Y. Lee

# HNP | PHARMACEUTICALS

**Print: Jan 20, 2015**                          **78401390**

## DESIGN MARK

**Serial Number**
78401390

**Status**
REGISTERED

**Word Mark**
TIBOTEC

**Standard Character Mark**
Yes

**Registration Number**
3573904

**Date Registered**
2009/02/10

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
JANSSEN R&D IRELAND CORPORATION IRELAND EASTGATE VILLAGE, EASTGATE
LITTLE ISLAND CO. CORK IRELAND

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Pharmaceutical preparations for treatment of Alzheimer's disease;
bacterial disease, fungal disease, protozoal disease, viral
conditions, cancer, neoplastic conditions, tumors; analgesics,
antipyretics; pharmaceutical preparations for treating diseases and
disorders of the nervous system, metabolic diseases and disorders,
diseases and disorders of the cardiovascular system, diseases and
disorders of the endocrine system, diseases and disorders of the
immune system, diseases and disorders of the respiratory system,
diseases and disorders of the gastrointestinal tract.  First Use:
2006/06/26.  First Use In Commerce: 2006/06/26.

**Goods/Services**
Class Status -- ACTIVE.  IC 042.  US  100 101.  G & S: Scientific
research; laboratory research in the field of bacteriology, virology,
antifungals, oncology, biotechnology, biochemistry and alzheimers;
testing, inspection or research of pharmaceuticals; research on the

**Print: Jan 20, 2015**                              **78401390**

subject of pharmaceuticals; consultation in the field of
pharmaceutical screening and testing; chemical analysis; research and
development of new products for others; chemical consultation in the
field of combinatorial chemistry.  First Use: 2006/06/26.  First Use
In Commerce: 2006/06/26.

**Filing Date**
2004/04/14

**Examining Attorney**
SOUDERS,MICHAEL

**Attorney of Record**
Robert J. Kenney

# TIBOTEC

**Print: Jan 20, 2015**                    **85562204**

**DESIGN MARK**

**Serial Number**
85562204

**Status**
REGISTERED

**Word Mark**
SINUS DYNAMICS

**Standard Character Mark**
Yes

**Registration Number**
4445926

**Date Registered**
2013/12/10

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
SinuTopic, Inc. CORPORATION DELAWARE 755 Lakefield Road, Units C, D &
E Westlake Village CALIFORNIA 91361

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S:
Antibacterial pharmaceuticals; antimicrobial preparations for
inhibiting microbiological decomposition in food, beverages, animal
feed and pharmaceuticals; dermatological pharmaceutical products; drug
delivery agents consisting of compounds that facilitate delivery of a
wide range of pharmaceuticals; homeopathic pharmaceuticals for use in
the treatment of sinusitis; inhaled pharmaceutical preparations for
the treatment of respiratory diseases and disorders; inhalers filled
with anti-infectives; pharmaceutical anti-allergic preparations and
substances; pharmaceutical antitussive-cold preparations ;
pharmaceutical preparations acting on the central nervous system;
pharmaceutical preparations for the treatment of hormonal disorders
and the prevention of osteoporosis; pharmaceutical preparations for
the treatment of infectious diseases; pharmaceutical preparations for
the treatment of sinusitis; pharmaceutical preparations for treating
allergic rhinitis and asthma; pharmaceutical preparations for treating
skin disorders; pharmaceutical preparations for use in chemotherapy;

-1-

pharmaceutical preparations for use in dermatology; pharmaceutical
products for ophthalmological use; pharmaceutical products for the
treatment of viral and infectious diseases and cancer; pharmaceutical
products for treating respiratory diseases and asthma;
pharmaceuticals, namely, anti-infectives; synthetic peptides for the
treatment of sinus conditions and diseases; vitamin and mineral
preparations for use as ingredients in the food and pharmaceutical
industry.  First Use: 2006/05/00.  First Use In Commerce: 2006/05/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Retail
pharmacy services; retail store pharmacy services in the field of
prescription drugs; mail order pharmacy services; mail order services
featuring pharmaceuticals; specialty pharmaceutical distributorship
services; pharmaceutical cost management for the health care benefit
plans of others; retail and online retail store pharmacy services in
the field of prescription drugs, healthcare and beauty products;
retail store and mail order pharmacy services in the field of
prescription drugs and the distribution of drug therapy information in
connection therewith; retail store services, namely, pharmacy, drug
and general merchandise store services; mail order of pharmaceuticals,
specialty pharmaceutical distributorship services; pharmaceutical cost
management for health care benefit plans for others; administering
pharmacy reimbursement programs and services; promoting public
awareness of the value of using generic drugs; processing mail order
prescription drug refill orders in retail and central fill pharmacies;
processing online and telephone prescription orders in retail and
central fill pharmacies.  First Use: 2006/05/00.  First Use In
Commerce: 2006/05/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Pharmaceutical
consultation; consulting with patients regarding the administration of
medicine and the use of medical devices; providing a physician
resource for clinical questions about medications; providing a website
featuring information about, and through which, customers can obtain
information about general health topics, pharmaceutical therapies and
disease state management; providing medical information regarding
patients, prescription drugs and drug therapy; providing health care
information and consulting services in the field of disease management
and medical condition management; providing medical information
regarding patients, prescription drugs and drug therapy; developing
and managing comprehensive programs involving drug therapy and
physican support services in the nature of providing consultation in
the dispensing of pharmaceuticals for persons with chronic health
issues; therapeutic pharmaceutical services, namely, the development
and management of comprehensive programs comprising drug therapy and
physician support services in the nature of providing consultation in
the dispensing of pharmaceuticals for persons with chronic health
issues; drug utilization review dispensing services, namely,
identifying possible drug to drug interactions prior to dispensing new

**Print: Jan 20, 2015**                          **85562204**

prescribed medications and possible drug allergic reactions given a
patient's drug allergy history.  First Use: 2006/05/00.  First Use In
Commerce: 2006/05/00.

**Prior Registration(s)**
3464907

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SINUS" APART FROM THE
MARK AS SHOWN.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2012/03/06

**Examining Attorney**
MICHELI, ANGELA M.

**Attorney of Record**
Christine M. Baker

# SINUS DYNAMICS

**Print: Jan 20, 2015**                    **85619481**

## DESIGN MARK

**Serial Number**
85619481

**Status**
REGISTERED

**Word Mark**
SOLCO HEALTHCARE U.S.

**Standard Character Mark**
Yes

**Registration Number**
4478651

**Date Registered**
2014/02/04

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Solco Healthcare US, LLC LIMITED LIABILITY COMPANY DELAWARE Suite A,
2002 Eastpark Blvd. Cranbury NEW JERSEY 08512

**Goods/Services**
Class Status -- ACTIVE. IC 005. US 006 018 044 046 051 052. G & S:
Analgesic and muscle relaxant pharmaceutical preparations;
antibacterial pharmaceuticals; antimicrobial preservatives for
cosmetics and pharmaceuticals; pharmaceutical astringents; balms for
pharmaceutical purposes; cream of tartar for pharmaceutical purposes;
creosote for pharmaceutical purposes; dermatological pharmaceutical
products; digestives for pharmaceutical purposes; drug delivery agents
consisting of compounds that facilitate delivery of a wide range of
pharmaceuticals; drug delivery agents in the form of tablets that
provide controlled release of the active ingredients for a wide
variety of pharmaceuticals; drug delivery agents in the form of
capsules that provide controlled release of the active ingredients for
a wide variety of pharmaceuticals; drug delivery agents in the form of
powders that provide controlled release of the active ingredients for
a wide variety of pharmaceuticals; ferments for pharmaceutical
purposes; inhaled pharmaceutical preparations for the treatment of
respiratory disease; injectable pharmaceuticals for treatment of

anaphylactic reactions; intravenous fluids used for rehydration, nutrition and the delivery of pharmaceutical preparations; iodine for pharmaceutical purposes; liquorice for pharmaceutical purposes; menthol for pharmaceutical purposes; pharmaceutical antitussive-cold preparations; pharmaceutical anti-allergic preparations and substances; pharmaceutical for the treatment of erectile dysfunction; pharmaceutical preparations, namely, anticoagulants; pharmaceutical preparations, namely, appetite suppressants; pharmaceutical preparation for the treatment of gout; pharmaceutical preparations for the treatment of infectious diseases; pharmaceutical preparations, namely, a drug delivery system comprising polymer-based oral tablets for the continuous release of a wide variety of therapeutic agents; pharmaceutical preparations and substances for the treatment of gastro-intestinal diseases; pharmaceutical preparations for the treatment of hormonal disorders and the prevention of osteoporosis; pharmaceutical preparations for treating allergic rhinitis and asthma; pharmaceutical preparations for use in urology; pharmaceutical preparations for the treatment of eye diseases and conditions; pharmaceutical preparations, namely, a topical preparation for the treatment of ocular disorders prescribed by ophthalmologists, eye surgeons, and optometrists; pharmaceutical preparations for the treatment of immune system related diseases and disorders; pharmaceutical preparations, namely, injectable contraceptives; pharmaceutical preparations for treating allergies; pharmaceutical preparations for treating hypertension; pharmaceutical products for treating respiratory disease and asthma; pharmaceutical products for the treatment of joint disease; plant extracts for medical, veterinary and pharmaceutical purposes; potassium preparations for pharmaceutical purposes; pharmaceutical preparations and substances for weight loss; vitamin and mineral supplements for use as ingredients in the food and pharmaceutical industry; drug delivery agents consisting of compounds that facilitate delivery of a wide range of pharmaceuticals; drug delivery agents in the form of coatings for facilitating the delivery of a wide range of pharmaceuticals; drug delivery agents in the form of tablets that provide controlled release of the active ingredients for a wide variety of pharmaceuticals; drug delivery agents in the form of capsules that provide controlled release of the active ingredients for a wide variety of pharmaceuticals; biological preparations for the treatment of cancer and autoimmune deficiencies and disorders; pharmaceutical, veterinary and sanitary preparations, namely, conjugates of organic and inorganic chemicals with polypeptides, proteins, artificial polypeptides, artificial proteins produced by genetic engineering and for the treatment of viral and infectious diseases, immune system disorders, cancer, diabetes, cardiovascular diseases, central nervous system disorders and diseases; anti-diabetic pharmaceuticals; pharmaceutical preparations for treating diabetes; pharmaceutical preparations for the prevention and treatment of ocular disorders or diseases, for the treatment of bacteria-based diseases, and for the treatment of diabetes, and anti-infective preparations, antiviral preparations, antibiotics, antifungal preparations and vaccines; cardiovascular pharmaceuticals;

pharmaceutical preparations for the treatment of heart rhythm
disorders; pharmaceutical preparations for inhalation for the
treatment of pulmonary hypertension; pharmaceutical preparations and
substances for the treatment of viral, metabolic, endocrine,
musculoskeletal, cardiovascular, cardiopulmonary, genitourinary,
sexual dysfunction, oncological, hepatological, ophthalmic,
respiratory, neurological, gastrointestinal, hormonal, dermatological,
psychiatric and immune system related diseases and disorders;
prescription and non-prescription medicines, namely, pills, tablets,
capsules, caplets, liquid drops, sachets and pharmaceutical
preparations for the treatment of cardiovascular disorders;
pharmaceutical preparations acting on the central nervous system;
pharmaceutical preparations and substances for the treatment of
psychiatric diseases and disorders; pharmaceutical preparations for
treating skin disorders; pharmaceutical products for the treatment of
viral and infectious diseases, for the treatment of cancer.  First
Use: 2009/06/03.  First Use In Commerce: 2009/06/03.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Providing
business intelligence services in the fields of medical devices,
pharmaceuticals and the life sciences; regulatory submission
management, namely, assisting others in preparing and filing
applications for new drugs with governmental regulatory bodies.  First
Use: 2010/12/31.  First Use In Commerce: 2010/12/31.

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Medical and
pharmaceutical consultation.  First Use: 2010/12/31.  First Use In
Commerce: 2010/12/31.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEALTHCARE U.S." APART
FROM THE MARK AS SHOWN.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2012/05/08

**Examining Attorney**
RIRIE, VERNA BETH

**Attorney of Record**
Maureen C. Kassner

# SOLCO HEALTHCARE U.S.

**Print: Jan 20, 2015**                                **85744571**

**DESIGN MARK**

**Serial Number**
85744571

**Status**
REGISTERED

**Word Mark**
BIOTE

**Standard Character Mark**
Yes

**Registration Number**
4570632

**Date Registered**
2014/07/22

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
bioTEmedical, Inc. CORPORATION NEVADA 800 West Arbrook Suite 100
Arlington TEXAS 76015

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Hormone replacement therapy preparations; Hormones; Hormones for
medical purposes; Pharmaceutical preparations and substances for the
treatment of viral, metabolic, endocrine, musculoskeletal,
cardiovascular, cardiopulmonary, genitourinary, sexual dysfunction,
oncological, hepatological, ophthalmic, respiratory, neurological,
gastrointestinal, hormonal, dermatological, psychiatric and immune
system related diseases and disorders; Pharmaceutical preparations for
the treatment of hormonal disorders and the prevention of
osteoporosis.  First Use: 2012/09/30.  First Use In Commerce:
2012/09/30.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Medical
training and teaching.  First Use: 2012/09/30.  First Use In Commerce:
2012/09/30.

**Print: Jan 20, 2015**                    **85744571**

## Goods/Services

Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Consulting
services in the field of hormone replacement therapy; Medical and
pharmaceutical consultation; Medical clinic providing weight loss
solutions, services and programs, nutrition counseling, hormone
therapy, including, bioidentical hormone replacement, anti aging
therapy, and natural hormone therapy, medical aesthetic procedures,
including, laser hair removal, laser peels, botulinum toxin
treatments, microdermabrasion, liposuction, vein treatments, vein
therapy, cellulite treatments, body contouring treatments, injectable
filler treatments, facials, and skin care.  First Use: 2012/09/30.
First Use In Commerce: 2012/09/30.

## Filing Date
2012/10/03

## Examining Attorney
DINALLO, KEVIN

## Attorney of Record
Michael D. Sydow

-2-

bioTE

**Print: Jan 20, 2015**                    **85744706**

**DESIGN MARK**

**Serial Number**
85744706

**Status**
REGISTERED

**Word Mark**
AGE HEALTHIER....LIVE HAPPIER!

**Standard Character Mark**
Yes

**Registration Number**
4574258

**Date Registered**
2014/07/29

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
bioTEmedical, Inc. CORPORATION NEVADA 800 W. Arbrook, Suite 100
Arlington TEXAS 76015

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Hormone replacement therapy preparations; Hormones; Hormones for
medical purposes; Pharmaceutical preparations and substances for the
treatment of viral, metabolic, endocrine, musculoskeletal,
cardiovascular, cardiopulmonary, genitourinary, sexual dysfunction,
oncological, hepatological, ophthalmic, respiratory, neurological,
gastrointestinal, hormonal, dermatological, psychiatric and immune
system related diseases and disorders; Pharmaceutical preparations for
the treatment of hormonal disorders and the prevention of
osteoporosis.  First Use: 2012/09/30.  First Use In Commerce:
2012/09/30.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Medical
training and teaching.  First Use: 2012/09/30.  First Use In Commerce:
2012/09/30.

**Print: Jan 20, 2015**                          **85744706**

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Consulting
services in the field of hormone replacement therapy; Medical and
pharmaceutical consultation; Medical clinic providing weight loss
solutions, services and programs, nutrition counseling, hormone
therapy, including, bioidentical hormone replacement, anti aging
therapy, and natural hormone therapy, medical aesthetic procedures,
including, laser hair removal, laser peels, botulinum toxin
treatments, microdermabrasion, liposuction, vein treatments, vein
therapy, cellulite treatments, body contouring treatments, injectable
filler treatments, facials, and skin care.  First Use: 2012/09/30.
First Use In Commerce: 2012/09/30.

**Filing Date**
2012/10/03

**Examining Attorney**
DINALLO, KEVIN

**Attorney of Record**
Michael D. Sydow

# Age Healthier....Live Happier!

**Print: Jan 20, 2015**                              **85744732**

**DESIGN MARK**

**Serial Number**
85744732

**Status**
REGISTERED

**Word Mark**
POWERING PEOPLE WITH PELLETS!

**Standard Character Mark**
Yes

**Registration Number**
4541541

**Date Registered**
2014/06/03

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
bioTEmedical, Inc. CORPORATION NEVADA 800 W. Arbrook, Suite 100
Arlington TEXAS 76015

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Hormone replacement therapy preparations; Hormones; Hormones for
medical purposes; Pharmaceutical preparations and substances for the
treatment of viral, metabolic, endocrine, musculoskeletal,
cardiovascular, cardiopulmonary, genitourinary, sexual dysfunction,
oncological, hepatological, ophthalmic, respiratory, neurological,
gastrointestinal, hormonal, dermatological, psychiatric and immune
system related diseases and disorders; Pharmaceutical preparations for
the treatment of hormonal disorders and the prevention of
osteoporosis.  First Use: 2012/09/30.  First Use In Commerce:
2012/09/30.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Medical
training and teaching.  First Use: 2012/09/30.  First Use In Commerce:
2012/09/30.

**Print: Jan 20, 2015**                    **85744732**

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Consulting
services in the field of hormone replacement therapy; Medical and
pharmaceutical consultation; Medical clinic providing weight loss
solutions, services and programs, nutrition counseling, hormone
therapy, including, bioidentical hormone replacement, anti aging
therapy, and natural hormone therapy, medical aesthetic procedures,
including, laser hair removal, laser peels, botulinum toxin
treatments, microdermabrasion, liposuction, vein treatments, vein
therapy, cellulite treatments, body contouring treatments, injectable
filler treatments, facials, and skin care.  First Use: 2012/09/30.
First Use In Commerce: 2012/09/30.

**Filing Date**
2012/10/03

**Examining Attorney**
DINALLO, KEVIN

**Attorney of Record**
Michael D. Sydow

# Powering People With Pellets!

**Print: Jan 20, 2015**                    **86252979**

**DESIGN MARK**

**Serial Number**
86252979

**Status**
REGISTERED

**Word Mark**
BLOOM

**Standard Character Mark**
No

**Registration Number**
4641014

**Date Registered**
2014/11/18

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Amanda Ward INDIVIDUAL UNITED STATES 264 N. Coast Highway 101
Encinitas CALIFORNIA 92024

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Body and beauty care cosmetics; Cosmetic creams; Cosmetic creams for
skin care; Cosmetic hand creams; Cosmetic nourishing creams; Cosmetic
oils; Cosmetic preparations; Cosmetic preparations against sunburn;
Cosmetic preparations for body care; Cosmetic preparations for
protecting the skin from the sun's rays; Cosmetic preparations for
skin care; Cosmetic sun-protecting preparations; Cosmetic sunscreen
preparations; Cosmetics; Lotions for cosmetic purposes; Oils for
cosmetic purposes; Skin and body topical lotions, creams and oils for
cosmetic use; Wrinkle-minimizing cosmetic preparations for topical
facial use.  First Use: 2009/05/11.  First Use In Commerce:
2009/05/11.

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Chocolate-based meal replacement bars for treating cortisol imbalances
that cause weight gain; Chocolate-based meal replacement bars

for medical purposes; Dermatological pharmaceutical products; Dietary
and nutritional supplements: Dietary and nutritional supplements for
endurance sports; Dietary and nutritional supplements used for weight
loss; Digestives for pharmaceutical purposes; Fruit-based meal
replacement bars for medical purposes; Fruit-based meal replacement
bars for treating vitamin B12 deficiency that causes fatigue;
Intravenous fluids used for rehydration, nutrition and the delivery of
pharmaceutical preparations; Liquid nutritional supplement; Medicated
cosmetics; Mineral nutritional supplements; Nutritional and dietary
supplements formed and packaged as bars; Nutritional supplement energy
bars; Nutritional supplement for eliminating toxins from the body;
Nutritional supplement for eliminating toxins from the intestinal
tract; Nutritional supplement in the nature of a nutrient-dense,
protein-based drink mix; Nutritional supplement meal replacement bars
for boosting energy; Nutritional supplement shakes; Nutritional
supplements; Nutritional supplements, namely, probiotic compositions;
Pharmaceutical agents for epidermis; Pharmaceutical preparation for
skin care; Pharmaceutical preparations and substances for the
treatment of viral, metabolic, endocrine, musculoskeletal,
cardiovascular, cardiopulmonary, genitourinary, sexual dysfunction,
oncological, hepatological, ophthalmic, respiratory, neurological,
gastrointestinal, hormonal, dermatological, psychiatric and immune
system related diseases and disorders; Pharmaceutical preparations for
skin care; Pharmaceutical preparations for the prevention and
treatment of disorders of the nervous system, the immune system, the
cardio-vascular system, the metabolic system, the respiratory system,
the musculo-skeletal system, the genitourinary system; for the
treatment of inflammatory disorders; for use in dermatology, oncology,
hematology and in tissue and organ transplantation, in ophthalmology
and for gastroenterological disorders; Pharmaceutical preparations for
the prevention and treatment of ocular disorders or diseases,
bacteria-based diseases or disorders, autoimmune diseases or
disorders, kidney diseases or disorders, and diabetes; Pharmaceutical
preparations for the treatment of hormonal disorders and the
prevention of osteoporosis; Pharmaceutical preparations for the
treatment of immune system related diseases and disorders;
Pharmaceutical preparations for treating allergies; Pharmaceutical
preparations for treating diabetes; Pharmaceutical preparations for
treating hypertension; Pharmaceutical preparations for treating skin
disorders; Pharmaceutical preparations for use in dermatology; Plant
and herb extracts sold as components of medicated cosmetics; Plant
extracts for medical, veterinary and pharmaceutical purposes; Powdered
nutritional supplement concentrate; Powdered nutritional supplement
drink mix; Sunburn preparations for pharmaceutical purposes; Syringes
sold filled with liquid vitamins and homeopathic treatments; Vitamin
and mineral formed and packaged as bars.  First Use: 2009/05/11.
First Use In Commerce: 2009/05/11.

## Goods/Services

Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Tops; Women's
clothing, namely, shirts, dresses, skirts, blouses.  First Use:

**Print: Jan 20, 2015**     **86252979**

2009/05/11.  First Use In Commerce: 2009/05/11.

**Goods/Services**
Class Status -- ACTIVE.  IC 032.  US  045 046 048.  G & S: Aloe juice
beverages; Apple juice beverages; Aromatized beverages based on fruit,
protein, cordial, sugar and other fluid nutrients, namely,
carbohydrates drinks for use as food fillers; Aromatized beverages
based on fruit, protein, cordial, sugar and other fluid nutrients,
namely, protein drinks for use as food fillers and not for use as meal
replacements; Beauty beverages, namely, fruit juices and energy drinks
containing nutritional supplements; Frozen fruit drinks; Fruit
beverages; Fruit drinks; Fruit drinks and fruit juices; Fruit drinks
and juices; Fruit flavored drinks; Fruit flavored soft drinks; Fruit
flavoured carbonated drinks; Fruit flavoured drinks; Fruit juice;
Fruit juices and fruit drinks; Fruit-flavored beverages; Smoothies;
Vegetable juice; Vegetable juices.  First Use: 2009/05/11.  First Use
In Commerce: 2009/05/11.

**Goods/Services**
Class Status -- ACTIVE.  IC 043.  US  100 101.  G & S: Coffee and
juice bar services; Juice bar services; Preparation of food and
beverages; Providing of food and drink; Providing of food and drink
for patients and guests.  First Use: 2009/05/11.  First Use In
Commerce: 2009/05/11.

**Goods/Services**
Class Status -- ACTIVE.  IC 044.  US  100 101.  G & S: Conducting
medical examinations for insurance purposes; Conducting medical
physical evaluations; Consulting services in the field of medical
care; DNA screening for medical purposes; Genetic testing for medical
purposes; Medical and pharmaceutical consultation; Medical clinic
providing weight loss solutions, services and programs, nutrition
counseling, hormone therapy, including, bioidentical hormone
replacement, anti aging therapy, and natural hormone therapy, medical
aesthetic procedures, including, laser hair removal, laser peels,
botulinum toxin treatments, microdermabrasion, liposuction, vein
treatments, vein therapy, cellulite treatments, body contouring
treatments, injectable filler treatments, facials, and skin care;
Medical clinics; Medical consultations; Medical screening; Medical
services; Medical skin care services; Medical testing for diagnostic
or treatment purposes; Medical testing of urine, blood, hair follicles
and breath; Medical, hygienic and beauty care; Non-invasive cosmetic
medical procedures.  First Use: 2000/05/11.  First Use In Commerce:
2009/05/11.

**Description of Mark**
The mark consists of Pink cursive "BLOOM" logo with small green leaf
extending from "M".  The color white is employed merely as
background.

**Colors Claimed**

-3-

**Print: Jan 20, 2015**                    **86252979**

The color(s) pink and green is/are claimed as a feature of the mark.

**Filing Date**
2014/04/15

**Examining Attorney**
SALEMI, DOMINICK

-4-







## MORE BRANDS

Nutrition                                                        +

Diagnostics                                                    +

Vascular                                                        +

## Vision Care                                                         +

## Diabetes Care                                                       +

## Animal Health                                                       +

## Pharmaceuticals                                                     −

**A**

Adomet (S-adenosyl-L-methionine)

**B**

Biaxin (clarithromycin)
Biaxin XL (clarithromycin extended-release)
Brufen (ibuprofen)

**C**

Creon (pancreatin)

**D**

Dicetel (pinaverium bromide)
Donamet (S-adenosyl-L-methionine)
Duphalac (lactulose)
Duphaston (dydrogesterone)
Duspatal (mebeverine)

**F**

Femoston (17 beta-estradiol/dydrogesterone)

**H**

Heptral (S-adenosyl-L-methionine)

**I**

Influvac (seasonal vaccine)

**K**

Klacid (clarithromycin)
Klaricid (clarithromycin)
Klaricid OD (clarithromycin extended-release)

**L**

Lipanthyl (fenofibrate)
Luvox (fluvoxamine)

**O**

Omacor (omega-3-acid ethyl esters 90)

**S**

Samyr (S-adenosyl-L-methionine)
Serc (betahistine)
Synthroid (levothyroxine sodium)

**T**

Tarka (ACE inhibitor + CCB)
Teveten (angiotensin receptor antagonist)
Transmetil (S-adenosyl-L-methionine)
Tricor (fenofibrate)



http://www.abbott.com/live-healthy.html          01/20/2015 11:13:29 AM



http://www.abbott.com/live-healthy.html          01/20/2015 11:13:29 AM







http://www.abbott.com/for-professionals.html        01/20/2015 11:13:53 AM



## SOLUTIONS

# NURTURING HEALTH AT EVERY STAGE

For more than 125 years, we've been committed to helping people reach their potential through better health. With a diverse portfolio of nutrition solutions, diagnostics, medical devices and pharmaceuticals, we offer you the tools to help give children what they need to grow and adults what they need to thrive so we can all be our best across all aspects and stages of life.

Good nutrition is one of the best ways to ensure good health at every stage. Our broad range of nutrition solutions are designed to meet distinct nutrition needs from infancy through adulthood and old age. Access to the right information is one key to maximizing health. Our diagnostic solutions are engineered to deliver accurate, timely and personalized data to help you make better treatment decisions. Our medical devices—from glucose monitoring systems to vascular devices—push the boundaries of technology and innovation to help manage and treat some of life's greatest health challenges. And, our proven pharmaceutical products provide high-quality, trusted, branded generic medicines to help meet the needs of people around the world, in both developed and emerging markets outside the United States.

http://www.abbott.com/for-professionals.html          01/20/2015 11.13.53 AM



http://www.abbott.com/for-professionals.html          01/20/2015 11:18:53 AM

## HEALTH, TOGETHER

Making a lasting impact on the health of the world requires a holistic view. It requires looking at a health challenge from all angles—including prevention, diagnosis, treatment, management, access, education and information. And then collaborating with some of the greatest minds in science, medicine and health to bring forth the right solutions for the people we serve. As your partner, we know this demands more of us. It's not just developing innovative products and services, but providing better access to essential medicines and services, partnering to advance patient awareness and education, and collaborating with local experts and organizations to provide customized solutions for the communities that need it most. By working together, we can realize better health outcomes for people at every stage of life, in every corner of the world.

**Abbott**

**MAKING AN EVERLASTING IMPACT ON HUMAN HEALTH FOR 125 YEARS.**

| | | | |
|---|---|---|---|
| LIVE HEALTHY | PRODUCTS | SITE MAP | FACEBOOK |
| GET INSPIRED | CAREERS | POLICIES | TWITTER |
| FOR PROFESSIONALS | CITIZENSHIP | CONTACT | INSTAGRAM |
| | INVESTORS | GLOBAL SITES | YOUTUBE |
| | NEWSROOM | PRIVACY POLICY | |
| | PARTNERS | TERMS & CONDITIONS | |
| | ABOUT ABBOTT | | |

© 2015 Abbott. All Rights Reserved. Please read the Legal Notice for further details.
Unless otherwise specified, all product and service names appearing in this Internet site are trademarks owned by or licensed to Abbott, its subsidiaries or affiliates. No use of any Abbott trademark, trade name, or trade dress in this site may be made without the prior written authorization of Abbott, except to identify the product or services of the company.

http://www.bayerpharma.com/en/therapeutic-areas/therapeutic-areas-a-z/contraception.php
01/20/2015 11:22:01 AM



http://www.bayerpharma.com/en/therapeutic-areas/therapeutic-areas-a-z/contraception.php
01/20/2015 11:22:01 AM



### Oral contraceptives

When people talk about oral contraceptives, or the "pill", they usually mean the combined pill which contains an estrogen and a progestin. The progestin exerts the actual contraceptive effect while the estrogen maintains a regular menstrual cycle. The combined pill is the most commonly used form of hormonal contraception.

### More information on oral contraceptives

» Safety
» Side effects
» Thrombosis / Embolism

### Drospirenone-containing combined pills

Combined pills are available with various types of progestins. Some progestins have certain effects in addition to contraception, for example the progestin drospirenone, which closely resembles the natural progesterone produced by a woman's body. Thanks to its properties, drospirenone counteracts estrogen-induced water retention and its related symptoms. Drospirenone-containing pills are the most widely prescribed hormonal contraceptives in the world today.

A low-dose drospirenone-containing pill with an administration regimen in which hormone-containing tablets are taken for 24 days, followed by only 4 days of tablets with no active ingredient, is available in most markets worldwide. Due to the special properties of drospirenone and the advantages of this administration regimen, the product reduces the typical hormonal fluctuations and potentially related symptoms which often occur with the conventional 21/7 pill. (The conventional 21/7 regimen consist of 21 days of active pills, followed by a 7-day pill-free interval.) The pill has been approved in several countries throughout the world, including the U.S., for three indications: oral contraception, the treatment of moderate acne; and the treatment of emotional and physical symptoms of Premenstrual Dysphoric Disorder (PMDD), the most severe form of

http://www.bayerpharma.com/en/therapeutic-areas/therapeutic-areas-a-z/contraception.php
01/20/2015 11.22:01 AM

of emotional and physical symptoms of a functional dysphoric disorder (PMDD), it is indicated to combat premenstrual syndrome (PMS).

In addition there are birth control pills that also provide a daily dose of folate, a B vitamin. It is well established that folates play an important role during the first weeks of pregnancy. Folate is an essential nutrient that many women of childbearing age lack. A well-established body of evidence supports folate supplementation as a means to reduce the incidence of neural tube defects – or birth defects of the brain and spinal cord. Folate supplementation is particularly important at least one month before and three months after conception. Women who discontinue their pill or do not take them correctly may become pregnant before seeking preconception counseling from their healthcare provider, and combining an oral contraceptive with folate targets to reduce the risk of neural tube defects. These combined oral contraceptives have been developed in two regimens - 24/4 (consisting of 24 days of hormone-containing tablet with folate followed by four days of folate only) and 21/7 (consisting of 21 days of hormone-containing tablet with folate followed by seven days of folate only ). They are approved in the US and several other countries in the world.

Furthermore a low-dose drospirenone-containing pill with a flexible extended regimen is being offered. This provides the option of 'personal period planning'. The number and timing of periods can be chosen within the limits permitted by the approved dosing regimen. The flexible dosing regimen involves a daily intake for a minimum period of 24 days and up to a maximum period of 120 days. During day 25 to 120, a 4-day tablet-free interval individually can be scheduled which triggers the period. This offers the option of flexibly reducing the number of periods to three per year. An innovative digital tablet dispenser supports the new regimen and reminds when to take the pill.

### The combined pill based on estradiol

Over the past 50 years, many new progestins have been developed for use in oral contraceptives, but the estrogen component remained the same – ethinylestradiol. However, an oral contraceptive has been available since May 2009 where its estrogen component differs from that of virtually all other oral contraceptives. This pill contains estradiol valerate which is immediately metabolized to estradiol, the same estrogen as produced by the female body.

This pill combines estradiol valerate with the progestin dienogest in a dosing regimen in which the estrogen component is gradually reduced and the progestin component gradually increased over a total of 26 days (the tablets for 2 days contain no active substance). The aim of this dosing regimen is to achieve a balance between the estrogen and progestin components and to ensure reliable contraceptive protection and good cycle control in harmony with the woman's body.

### Contraception using the intrauterine systems

The intrauterine system (IUS) consists of a flexible plastic T-shaped frame surrounded by a hormone cylinder which gradually releases a constant, small quantity of the hormone levonorgestrel (LNG). The IUS is placed directly into the womb by a clinician and can remain there up to three or to five years depending on the inserted IUS. The presence of the IUS is not felt. It can be easily removed by a clinician at any time and the woman's usual level of fertility return after removal.

The contraceptive effect provided by the IUS differs from that of oral contraceptives. The female hormonal cyclic and the ovulation process remain virtually unchanged. The mode of action is based to a large extent on the local effects of the hormone. The IUS causes the viscosity of the cervical mucous to increase, and the cervix thus becomes impenetrable to sperms, which are then unable to reach the uterus.

http://www.bayerpharma.com/en/therapeutic-areas/therapeutic-areas-a-z/contraception.php
01/20/2015 11:22:01 AM



http://www.bayerpharma.com/en/therapeutic-areas/products/overview/index.php          01/20/2015 11:22:23 AM



http://www.bayerpharma.com/en/therapeutic-areas/products/overview/index.php          01/20/2015 11:22:23 AM



http://www.roche.com/about/personalised_healthcare.htm          01/20/2015 11:28:21 AM

http://www.roche.com/about/personalised_healthcare.htm       01/20/2015 11:28:21 AM



watch video

How Personalised Healthcare works
watch video

Advantages of Personalised Healthcare
watch video

*Progress*

Understanding disease mechanism leads to targeted therapies
watch video

Personalised Healthcare- the economists' perspective
watch video

*Cancer*



From precise diagnosis to more personalised
therapy
watch video

Intervening at the molecular level
watch video

Using personalised healthcare to treat metastatic
melanoma (skin cancer)
watch video

*Hepatitis*

New therapies for patients
watch video

The perspective of hepatitis C patient Kiyotaka
Hirose (Japan)
watch video

Personalised treatment strategies
watch video

Personalised Healthcare - example Hepatitis
watch video

© 2015 F. Hoffmann-La Roche Ltd    20.01.2015      Legal Statement      Privacy Policy                                    Find us

This website contains information on products which is targeted to a wide range of audiences and could contain product details or information otherwise not accessible or valid in your country. Please be aware that we do not take any responsibility for accessing such information which may not comply with any legal process, regulation, registration or usage in the country of your origin.

http://www.roche.com/research_and_development.htm        01/20/2015 11:28:50 AM

http://www.roche.com/research_and_development.htm         01/20/2015 11:28:50 AM



*What type of researcher are you?*

Take the quiz!
more

*Latest news*

13 January 2015

Roche, Meiji and Fedora join forces to tackle increasing bacterial resistance to antibiotics

Roche, Meiji Seika Pharma (Meiji) and Fedora announced today that they have entered into a license agreement for the development and commercialization of OP0595, a beta-lactamase inhibitor in phase I clinical development.
more

12 January 2015

Roche enters a broad strategic collaboration with Foundation Medicine in the field of molecular information in oncology

Roche and Foundation Medicine, Inc. announced today that they will enter into a broad strategic collaboration to further advance FMIs market-leading position in molecular information and genomic analysis while providing Roche a unique opportunity to optimize the identification and development of novel treatment options for cancer patients.
more

8 January 2015

FDA Approves Roche's Blood Screening Assay for Simultaneous Detection and Identification of Three Major Viral Targets
more

*By the numbers*

# 339,350

patients enrolled in clinical trials in 2013.

*Roche Partnering*

At Roche Partnering, we are passionate about science: yours and ours. Through partnerships, we hope that together we can build a better future with medicines that make a real difference to patients.

*Eight steps from idea to medicine*

| 1,000,000,000 | CHF investment |
| 7,000,874 | hours of work |
| 6,587 | experiments |
| 423 | researchers |
| 1 | drug |

See what it takes to create a new medicine. The path is long, arduous and fraught with risk. But the results can improve and extend lives.
more

*Go inside a lab where new medicines are made*

Our research teams test thousands of compounds in the search for a new medicine. It takes many years and an investment of millions of Swiss francs. This lab in Basel is



http://www.roche.com/products/product-list.htm?region=us&type=divpharma&id=Pharmaceuticals
01/20/2015 11:29:19 AM



http://www.roche.com/products/product-list.htm?region=us&type=divpharma&id=Pharmaceuticals
01/20/2015 11:29:19 AM

K

Kytril (Kevatril)

L

Lucentis

P

Pegasys

Pulmozyme

T

Tamiflu

Tarceva

V

Valcyte

X

Xeloda

Xenical

Share

© 2015 F. Hoffmann-La Roche Ltd     20.01.2015          Legal Statement          Privacy Policy                                                    Find us

This website contains information on products which is targeted to a wide range of audiences and could contain product details or information otherwise not accessible or valid in your country. Please be aware that we do not take any responsibility for accessing such information which may not comply with any legal process, regulation, registration or usage in the country of your origin.

**Print: Jan 20, 2015**                    **75418921**

**DESIGN MARK**

**Serial Number**
75418921

**Status**
REGISTERED AND RENEWED

**Word Mark**
WEBMD

**Standard Character Mark**
No

**Registration Number**
2349285

**Date Registered**
2000/05/16

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
WEBMD LLC LIMITED LIABILITY COMPANY DELAWARE 111 EIGHTH AVENUE,
SEVENTH FLOOR NEW YORK NEW YORK 10011

**Goods/Services**
Class Status -- ACTIVE.  IC 042.  US  100 101.  G & S: computer
services, namely, providing medical information by way of a World Wide
Web page accessible via global computer network.  First Use:
1997/12/15.  First Use In Commerce: 1998/01/07.

**Filing Date**
1998/01/16

**Examining Attorney**
MADDEN,ANNE

**Attorney of Record**
Michael J. Bevilacqua, Esquire



| To: | Calico LLC (tmdocketing@google.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86220187 - CALICO - N/A |
| **Sent:** | 1/20/2015 11:59:10 AM |
| **Sent As:** | ECOM115@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED ON 1/20/2015 FOR U.S. APPLICATION SERIAL NO. 86220187

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **1/20/2015** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see

http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."  For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.