# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **CALICO GLOBAL PT LTD.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:17-CV-643 |
| v. | § | |
| | § | |
| **CALICO LLC., GOOGLE INC., and** | § | JURY TRIAL DEMANDED |
| **ALPHABET INC.** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **G. Blake Thompson** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Google Inc., and Alphabet Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Respectfully submitted,

**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)


By: _____*/s/ G. Blake Thompson*_____
   **G. Blake Thompson**
   State Bar No. 24042033
   blake@themannfirm.com
   **J. Mark Mann**
   State Bar No. 12926150
   mark@themannfirm.com

   **ATTORNEYS FOR DEFENDANTS**
   **GOOGLE INC. and ALPHABET INC.**


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 19th day of December, 2017.

                                  _____*/s/ G. Blake Thompson*_____
                                  **G. Blake Thompson**