IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CALICO GLOBAL PTY LTD., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No.: 2:17-CV-643 |
| v. § | |
| § | |
| CALICO LLC, GOOGLE INC., and § | JURY TRIAL DEMANDED |
| ALPHABET INC., § | |
| § | |
| Defendants. § | |

## STIPULATION TO REFLECT NAME CHANGE

## FROM GOOGLE INC. TO GOOGLE LLC

Defendants Google Inc., now known as Google LLC; Alphabet Inc.; and Calico LLC, and Plaintiff Calico Global Pty Ltd. (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017;

WHEREAS Google LLC filed a Certificate of Formation with the Delaware Secretary of State, effective on September 30, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that: Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

| | |
|---|---|
| **CALICO GLOBAL PTY LTD.,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | § |
| **CALICO LLC, GOOGLE LLC, and ALPHABET INC.,** | § § |
| | § |
| **Defendants.** | § |

Respectfully submitted,

| | |
|---|---|
| **MANN \| TINDEL \| THOMPSON**<br>300 West Main Street<br>Henderson, Texas 75652<br>(903) 657-8540<br>(903) 657-6003 (fax)<br><br>By:  */s/ J. Mark Mann*<br>**J. Mark Mann**<br>State Bar No. 12926150<br>mark@themannfirm.com<br>**G. Blake Thompson**<br>State Bar No. 24042033<br>blake@themannfirm.com<br><br>**ATTORNEYS FOR DEFENDANTS<br>GOOGLE LLC and ALPHABET INC.** | **FARNEY DANIELS PC**<br>800 South Austin Ave.,<br>Suite 200<br>Georgetown, Texas 78626<br>(512) 582-2828<br><br>By:   */s/ Michael Saunders*<br>**Steven R. Daniels**<br>State Bar No. 24025318<br>sdaniels@farneydaniels.com<br>**Bryan D. Atkinson**<br>State Bar No. 24036157<br>batkinson@farneydaniels.com<br>**Michael D. Saunders**<br>State Bar No. 24107000<br>msaunders@farneydaniels.com<br><br>**ATTORNEYS FOR PLAINTIFF<br>CALICO GLOBAL PTY LTD.** |

**FINDLAY CRAFT, P.C.**
102 N. College Ave.,
Suite 900
Tyler, Texas 75702
(903) 534-1100
(903) 534-1137 (fax)

By: */s/ Eric H. Findlay*
 **Eric H. Findlay**
 State Bar No. 00789886
 efindlay@findlaycraft.com

**ATTORNEYS FOR DEFENDANT
CALICO LLC**

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 21st day of February, 2018.

 */s/ J. Mark Mann*
 **J. Mark Mann**